STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
*jstrickland@stroock.com*
LISA M. SIMONETTI (State Bar No. 165996)
*lsimonetti@stroock.com*
DAVID W. MOON (State Bar No. 197711)
*dmoon@stroock.com*
2029 Century Park East, 18th Floor
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
*lacalendar@stroock.com*

Attorneys for Defendant
  SLM CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA M. UBALDI, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SLM CORPORATION, d/b/a SALLIE MAE, INC., d/b/a/ SALLIE MAE SERVICING, a Delaware corporation,<br><br>    Defendant. | Case No. 3:11-cv-01320 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND BRIEFING SCHEDULE ON MOTION TO DISMISS, STAYING DISCOVERY AND CONTINUING CASE MANAGEMENT CONFERENCE** AS MODIFIED<br><br>[Local Rule 6-1(a)]<br><br>[Declaration of David W. Moon filed concurrently] |

WHEREAS, on May 27, 2011, defendant SLM Corporation filed a Motion to Dismiss, which is set for hearing on July 12, 2011;

WHEREAS, due to scheduling conflicts with the current hearing date and briefing schedule, the parties have agreed to continue the hearing on the Motion to Dismiss and to adjust the briefing schedule accordingly;

- 1 -

STIPULATION CONTINUING CMC, etc.
Case No. 3:11-cv-01320 EDL

LA 51425006v1

1  WHEREAS, to conserve judicial resources, the parties have further agreed to stay discovery
2  and other proceedings until after the hearing on the Motion to Dismiss;
3  WHEREAS, a Case Management Conference is currently set for June 27, 2011;
4  WHEREAS, this Stipulation is made in good faith and not for purposes of delay; and
5  WHEREAS, good cause exists for the foregoing modifications to the case schedule because
6  it would promote judicial efficiency to stay discovery and to continue the Case Management
7  Conference and the parties' submission of their Joint Case Management Statement until after the
8  hearing on the motion to dismiss.
9  IT IS HEREBY STIPULATED by and between the parties, through their respective counsel
10 of record, as follows:
11  (a)  The hearing on the Motion to Dismiss shall be continued to September 20, 2011 at
12 9:00 a.m. in Courtroom E;
13  (b)  Plaintiff's Opposition to the Motion shall be filed and served by August 30, 2011,
14 and defendant's Reply shall be filed and served by September 6, 2011;
15  (c)  Pending a ruling on the Motion to Dismiss, all discovery shall be stayed;
16  (d)  The Case Management Conference set for June 27, 2011 shall be continued to
17 November 22, 2011 at 10:00 a.m. [~~3:00 p.m.~~] in Courtroom E; and
18  (e)  The parties shall complete initial disclosures or state their objections and file their
19 Rule 26(f) Report and Joint Case Management Statement on or before November 15, 2011.

20 Dated:  June 14, 2011                STROOCK & STROOCK & LAVAN LLP
                                       JULIA B. STRICKLAND
21                                     LISA M. SIMONETTI
                                       DAVID W. MOON
22

23                                     By: /s/ David W. Moon
                                              David W. Moon
24
                                       Attorneys for Defendant
25                                        SLM CORPORATION

- 2 -

STIPULATION CONTINUING CMC, etc.
Case No. 3:11-cv-01320 EDL

LA 51425006v1

1  Dated:   June 14, 2011                LAW OFFICES OF JANET LINDNER SPIELBERG
                                         JANET LINDNER SPIELBERG

                                         By: /s/ Janet Lindner Spielberg
                                                 Janet Lindner Spielberg

                                         Attorneys for Plaintiff
                                          TINA M. UBALDI

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _ June 15, 2011 _____    _____
The Honorable Elizabeth D. Laporte



IT IS SO ORDERED
AS MODIFIED
Judge Elizabeth D. Laporte

- 4 -

STIPULATION CONTINUING CMC, etc.
Case No. 3:11-cv-01320 EDL

LA 51425006v1

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

CERTIFICATION

I hereby certify that, on June 14, 2011, copies of the foregoing **STIPULATION CONTINUING HEARING AND BRIEFING SCHEDULE ON MOTION TO DISMISS, STAYING DISCOVERY AND CONTINUING CASE MANAGEMENT CONFERENCE** were filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

By:  /s/ Joseph A. Escarez
     Joseph A. Escarez

- 5 -

STIPULATION CONTINUING CMC, etc.
Case No. 3:11-cv-01320 EDL

LA 51425006v1