IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA M UBALDI, | No. C-11-01320 (EDL) |
| Plaintiff, | **ORDER VACATING HEARING ON MOTION TO DISMISS** |
| v. | |
| SLM CORPORATION, | |
| Defendant. | |

On May 27, 2011, Defendant filed a motion to dismiss set to be heard on September 20, 2011. Instead of opposing the motion, on August 29, 2011 Plaintiff filed an Amended Complaint. Pursuant to Federal Rule of Civil Procedure 15(a), a party may amend its pleading once as a matter of course "21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e) or (f), whichever is earlier." Other amendments require a stipulation or Order of Court. See Fed. R. Civ. P. 15(b).

Plaintiff's Amended Complaint was not filed within 21 days of Defendant's motion and Plaintiff did not file a stipulation relating to the amendment or obtain leave of Court to file the Amended Complaint. Therefore, the Amended Complaint is currently of no effect and the Motion to Dismiss the original Complaint is not moot at this time. If the parties stipulate to Plaintiff's filing of the Amended Complaint, they must file a stipulation within three days of the date of this Order and Defendant should withdraw the pending Motion to Dismiss. Otherwise, Plaintiff must properly seek leave of Court to file the Amended Complaint within three days of the date of this Order. The hearing on Defendant's Motion to Dismiss is VACATED pending resolution of which complaint is

//

the operative pleading.

**IT IS SO ORDERED.**

Dated: September 2, 2011

                                                     *Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge