| | |
|---|---|
| Janet Lindner Spielberg (SBN 221926) | Joseph N. Kravec, Jr. (admitted *pro hac*) |
| **LAW OFFICES OF JANET LINDNER SPIELBERG** | Edward J. Feinstein (*pro hac* to be filed) |
| | **STEMBER FEINSTEIN DOYLE & PAYNE, LLC** |
| 12400 Wilshire Boulevard, #400 | Allegheny Building, 17th Floor |
| Los Angeles, California 90025 | 429 Forbes Avenue |
| Tel:  (310) 392-8801 | Pittsburgh, PA  15219 |
| Fax:  (310) 278-5938 | Tel:  (412) 281-8400 |
| Email: jlspielberg@jlslp.com | Fax:  (412) 281-1007 |
| | Email:  jkravec@stemberfeinstein.com |
| | Email:  efeinstein@stemberfeinstein.com |
| Michael D. Braun (SBN 167416) | William J. Genego (SBN 103224) |
| **BRAUN LAW GROUP, P.C.** | **NASATIR, HIRSCH, PODBERESKY KHERO & GENEGO** |
| 10680 West Pico Boulevard, Suite 280 | 2115 Main Street |
| Los Angeles, California  90064 | Santa Monica, California  90405 |
| Tel:  (310) 836-6000 | Tel:   (310) 399-3259 |
| Fax:  (310) 836-6010 | Fax:  (310) 392-9029 |
| Email: service@braunlawgroup.com | Email:  wgenego@gmail.com |

*ATTORNEYS FOR PLAINTIFF*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| TINA M. UBALDI, on behalf of herself and all others similarly situated, | ) ) ) ) | **Case No. 3:11-cv-01320 EDL** |
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S FILING OF HER FIRST AMENDED COMPLAINT** |
| v. | ) ) | |
| SLM CORPORATION, d/b/a SALLIE MAE, INC., d/b/a SALLIE MAE SERVICING, a Delaware corporation | ) ) ) ) | |
| Defendant. | ) | |

WHEREAS, on May 27, 2011, Defendant SLM Corporation filed a Motion to Dismiss Plaintiff's Complaint for failure to state a claim pursuant to Fed.R.Civ.P. 12(b)(6).  Doc. 15.

1

Stipulation and [Proposed] Order Regarding Plaintiff's Filing of Her First Amended Complaint
Case No. 3:11-cv-01320 EDL

1   WHEREAS, on June 15, 2011, the Court Ordered that Plaintiff respond to Defendant's
2   Motion to Dismiss by August 30, 2011.  Doc. 22.

3   WHEREAS, on August 29, 2011, Plaintiff filed a First Amended Class Action Complaint for
4   Damages, Equitable, Declaratory and Injunctive Relief.  Doc. 25.

5   WHEREAS, on September 2, 2011, the Court entered an Order requiring the Parties to either
6   stipulate to the filing of the First Amended Complaint, or for Plaintiff to seek leave of Court to file
7   the First Amended Complaint.  Doc. 26.

8   WHEREAS, on September 6, 2011, counsel for Plaintiff, Janet Lindner Spielberg, attempted
9   to contact counsel for Defendant, David W. Moon, regarding the filing of a stipulation.

10  WHEREAS, on September 7, 2011, Janet Lindner Spielberg and David W. Moon conferred
11  regarding the filing of Plaintiff's First Amended Complaint.

12  WHEREAS, the Parties agreed that no motion needs to be filed for the purpose of Plaintiff
13  filing the First Amended Complaint; that Defendant's Motion to Dismiss the original complaint shall
14  be withdrawn; and that Defendant shall have until and including October 7, 2011 to respond to the
15  First Amended Complaint.

16  IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel
17  of record, that Plaintiff's First Amended Complaint shall be deemed properly filed and is the
18  operative complaint in this action; that Defendant's Motion to Dismiss is withdrawn; and that
19  ///
20  ///
21  ///

1  Defendant shall have until and including October 7, 2011 to respond to the First Amended
2  Complaint.

3   DATED:  September 7, 2011                LAW OFFICE OF JANET LINDNER
4                                                                            SPIELBERG

5                                                                     By:   s/ Janet Lindner Spielberg
                                                                              Janet Lindner Spielberg
6
                                                                        12400 Wilshire Blvd., Suite 400
7                                                                     Los Angeles, CA 90025
                                                                        Phone:   (310) 392-8801
8                                                                      Fax:       (310) 278-5938
                                                                        E-Mail: jlspielberg@jlslp.com
9

10                                                                  *Attorneys for Plaintiff*

11

12  DATED:  September 7, 2011                 STROOCK & STROOCK & LAVAN LLP
                                                                    JULIA B. STRICKLAND
13                                                                 LISA M. SIMONETTI
                                                                    DAVID W. MOON
14
                                                                    By:   s/ David W. Moon
15                                                                          David W. Moon

16                                                                 2029 Century Park East, 18th Floor
17                                                                 Los Angeles, California 90067-3086
                                                                    Telephone: 310-556-5800
18                                                                 Facsimile: 310-556-5959
                                                                    lacalendar@stroock.com
19
                                                                    *Attorneys for Defendant SLM Corporation*
20

21

22

23                                        **[PROPOSED] ORDER**

24  PURSUANT TO STIPULATION, IT IS SO ORDERED

25  Dated:  September 8, 2011                          *[signature: Elizabeth D. Laporte]*
26                                                                    The Honorable Elizabeth D. Laporte

27

28

3
Stipulation and [Proposed] Order Regarding Plaintiff's Filing of Her First Amended Complaint
Case No. 3:11-cv-01320 EDL