1 | Janet Lindner Spielberg (SBN 221926)
2 | **LAW OFFICES OF JANET LINDNER**
   |   **SPIELBERG**
3 | 12400 Wilshire Boulevard, #400
   | Los Angeles, California  90025
4 | Tel: (310) 392-8801
   | Fax: (310) 278-5938
5 | Email: jlspielberg@jlslp.com

Joseph N. Kravec, Jr. (admitted *pro hac*)
Edward J. Feinstein (*pro hac* to be filed)
**STEMBER FEINSTEIN DOYLE**
  **& PAYNE, LLC**
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA  15219
Tel: (412) 281-8400
Fax: (412) 281-1007
Email:  jkravec@stemberfeinstein.com
Email:  efeinstein@stemberfeinstein.com

Michael D. Braun (SBN 167416)
**BRAUN LAW GROUP, P.C.**
10680 West Pico Boulevard, Suite 280
Los Angeles, California  90064
Tel: (310) 836-6000
Fax: (310) 836-6010
Email: service@braunlawgroup.com

William J. Genego (SBN 103224)
**NASATIR, HIRSCH, PODBERESKY**
  **KHERO & GENEGO**
2115 Main Street
Santa Monica, California  90405
Tel:  (310) 399-3259
Fax:  (310) 392-9029
Email:  wgenego@gmail.com

*ATTORNEYS FOR PLAINTIFF*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TINA M. UBALDI,<br>on behalf of herself and all others<br>similarly situated,<br><br>                                Plaintiff,<br><br>        v.<br><br>SLM CORPORATION,<br>d/b/a SALLIE MAE, INC.,<br>d/b/a SALLIE MAE SERVICING,<br>a Delaware corporation<br>                                Defendant.<br>------------------------------------------------- | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 3:11-cv-01320 EDL**<br><br><br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING HEARING AND**<br>**BRIEFING SCHEDULE ON MOTION TO**<br>**DISMISS**   AS MODIFIED |

Stipulation and [Proposed] Order Continuing Hearing and Briefing Schedule on Motion to Dismiss
Case No. 3:11-cv-01320 EDL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WHEREAS, on October 7, 2011, Defendant SLM Corporation filed a Motion to Dismiss Plaintiff's First Amended Complaint for failure to state a claim pursuant to Fed.R.Civ.P. 12(b)(6), which is set for hearing on November 29, 2011;

WHEREAS, due to scheduling conflicts with the current hearing date and briefing schedule, the Parties have agreed to continue the hearing on the Motion to Dismiss and to adjust the briefing schedule accordingly;

WHEREAS, there have been two prior extensions of time granting Defendant additional time to respond to Plaintiff's Complaint (Doc. 8), and continuing the hearing on Defendant's motion to dismiss and granting the Parties additional time to file responsive and reply briefs (Doc. 22); and

WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record, as follows:

(a)    The hearing on the Motion to Dismiss shall be continued to December 13, 2011 at 2:00 p.m. ~~9:00 a.m.~~ in Courtroom E;

(b)    Plaintiff's Opposition to the Motion shall be filed and served by November 4, 2011; and

(c)    Defendant's Reply to Plaintiff's Opposition shall be filed and served by ~~December 2,~~ November 29 2011.

Stipulation and [Proposed] Order Continuing Hearing and Briefing Schedule on Motion to Dismiss
Case No. 3:11-cv-01320 EDL

1

2    DATED:  October 14, 2011                    LAW OFFICE OF JANET LINDNER
                                                      SPIELBERG
3

4                                                By:   s/ Janet Lindner Spielberg
                                                      Janet Lindner Spielberg
5

6                                                 12400 Wilshire Blvd., Suite 400
                                                 Los Angeles, CA 90025
7                                                Phone:    (310) 392-8801
                                                 Fax:      (310) 278-5938
8                                                E-Mail: jlspielberg@jlslp.com

9                                                *Attorneys for Plaintiff*

10

11   DATED:  October 14, 2011                    STROOCK & STROOCK & LAVAN LLP
                                                 JULIA B. STRICKLAND
12                                               LISA M. SIMONETTI
                                                 DAVID W. MOON
13

14                                               By:   s/ David W. Moon
                                                      David W. Moon
15

16                                               2029 Century Park East, 18th Floor
                                                 Los Angeles, California 90067-3086
17                                               Telephone: 310-556-5800
                                                 Facsimile: 310-556-5959
18                                               lacalendar@stroock.com

19                                               *Attorneys for Defendant SLM Corporation*

20

21

22

23                            ~~[PROPOSED]~~ ORDER

24   PURSUANT TO STIPULATION, IT IS SO ORDERED.

25

26   Dated ___October 18, 2011_____

27                                               The Honorable Elizabeth D. Laporte

28

                                        3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order Continuing Hearing and Briefing Schedule on Motion to Dismiss
Case No. 3:11-cv-01320 EDL