STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
*jstrickland@stroock.com*
LISA M. SIMONETTI (State Bar No. 165996)
*lsimonetti@stroock.com*
DAVID W. MOON (State Bar No. 197711)
*dmoon@stroock.com*
2029 Century Park East, 18th Floor
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
*lacalendar@stroock.com*

Attorneys for Defendant
  SLM CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA M. UBALDI, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SLM CORPORATION, d/b/a SALLIE MAE, INC., d/b/a/ SALLIE MAE SERVICING, a Delaware corporation,<br><br>        Defendant. | Case No. 3:11-cv-01320 EDL<br><br>AMENDED **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SUBMISSION OF JOINT CASE MANAGEMENT STATEMENT**<br><br>[Local Rule 6-1(a)]<br><br>[Declaration of David W. Moon filed concurrently] |

WHEREAS, on October 7, 2011, Defendant SLM Corporation filed a Motion to Dismiss Plaintiff's First Amended Complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6), which is currently set for hearing on December 13, 2011;

WHEREAS, a Case Management Conference is currently set for November 22, 2011;

WHEREAS, the parties are required to comply with the requirements of Rule 26(a)(1) and file their Rule 26(f) Report and Joint Case Management Statement on or before November 15, 2011;

- 1 -

1    WHEREAS, there has been one prior continuance of the Case Management Conference and
2 the parties' submission of their Joint Case Management Statement (Doc. No. 32);
3    WHEREAS, there have been three other prior extensions of time, once granting Defendant
4 additional time to respond to Plaintiff's Complaint (Doc. 8) and twice continuing the hearing on
5 Defendant's motion to dismiss and granting the parties additional time to file responsive and reply
6 briefs (Doc. Nos. 22 and 32);
7    WHEREAS, this Stipulation is made in good faith and not for purposes of delay; and
8    WHEREAS, good cause exists for the foregoing modifications to the case schedule because
9 it would promote judicial efficiency to stay discovery and to continue the Case Management
10 Conference and the parties' submission of their Joint Case Management Statement until after the
11 hearing on the pending Motion to Dismiss.
12    IT IS HEREBY STIPULATED by and between the parties, through their respective counsel
13 of record, as follows:
14    (a)    The Case Management Conference set for November 22, 2011 shall be
15 continued to January 31, 2012 at ~~3:00 p.m.~~ 10:00 a.m. in Courtroom E;
16    (b)    The parties shall comply with the requirements of Rule 26(a)(1) and file their
17 Rule 26(f) Report and Joint Case Management Statement within thirty days after the Court rules on
18 the Motion to Dismiss, unless the Motion to Dismiss is granted.

- 2 -

Case No. 3:11-cv-01320 EDL
LA 51477515v1

| | | |
|---|---|---|
| 1 | Dated:  November 9, 2011 | STROOCK & STROOCK & LAVAN LLP |
| 2 | | JULIA B. STRICKLAND |
| | | LISA M. SIMONETTI |
| 3 | | DAVID W. MOON |
| 4 | | By:   /s/ David W. Moon |
| | | David W. Moon |
| 5 | | Attorneys for Defendant |
| 6 | | SLM CORPORATION |
| 7 | Dated:    November 9, 2011 | LAW OFFICES OF JANET LINDNER SPIELBERG |
| 8 | | JANET LINDNER SPIELBERG |
| 9 | | By:   /s/ Janet Lindner Spielberg |
| | | Janet Lindner Spielberg |
| 10 | | |
| 11 | | Attorneys for Plaintiff |
| | | TINA M. UBALDI |

### [PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.  The Case Management Conference is continued to January 31, 2012 at 10:00 a.m.

Dated: November 14, 2011

*(signature)* Elizabeth D. Laporte

The Honorable Elizabeth D. Laporte

- 3 -

CERTIFICATION

I hereby certify that, on November 9, 2011, copies of the foregoing **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SUBMISSION OF JOINT CASE MANAGEMENT STATEMENT** were filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

By: _____/s/ David W. Moon_____
David W. Moon

- 4 -

STIPULATION CONTINUING CMC, etc.
Case No. 3:11-cv-01320 EDL

LA 51477515v1