STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
*jstrickland@stroock.com*
LISA M. SIMONETTI (State Bar No. 165996)
*lsimonetti@stroock.com*
DAVID W. MOON (State Bar No. 197711)
*dmoon@stroock.com*
2029 Century Park East, 18th Floor
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
*lacalendar@stroock.com*

Attorneys for Defendant
  SLM CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA M. UBALDI, on behalf of herself and all others similarly situated, | Case No. 3:11-cv-01320 EDL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SUBMISSION OF JOINT CASE MANAGEMENT STATEMENT** |
| v. | |
| SLM CORPORATION, d/b/a SALLIE MAE, INC., d/b/a/ SALLIE MAE SERVICING, a Delaware corporation, | [Local Rule 6-1(a)] |
| Defendant. | [Declaration of Lisa M. Simonetti filed concurrently] |

WHEREAS, on October 7, 2011, defendant SLM Corporation filed a Motion to Dismiss Plaintiff's First Amended Complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6), which was heard on December 13, 2011;

WHEREAS, a ruling on the pending Motion to Dismiss has not been entered;

WHEREAS, pursuant to the Stipulation and Amended Order Continuing Case Management Conference and Submission of Joint Case Management Statement filed on November 14, 2011 (the "November Stipulation"), a Case Management Conference is currently set for January 31, 2012;

- 1 -

STIPULATION CONTINUING CMC, etc.
Case No. 3:11-cv-01320 EDL

LA 51477515v1

1     WHEREAS, since the Motion to Dismiss remains pending, and it potentially is dispositive, the parties ask the Court for a continuance of the Case Management Conference;

    WHEREAS, there has been one prior continuance of the Case Management Conference (Doc. No. 35);

    WHEREAS, there have been three other prior extensions of time, one granting Defendant additional time to respond to Plaintiff's Complaint (Doc. 8) and two continuing the hearing on Defendant's motion to dismiss and granting the parties additional time to file briefs (Doc. Nos. 22 and 32); and

    WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

    IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, as follows:

    (a)    The Case Management Conference set for January 31, 2012 shall be continued to March 22, 2012 at 10:00 a.m. in Courtroom E;

- 2 -

STIPULATION CONTINUING CMC, etc.
Case No. 3:11-cv-01320 EDL

LA 51477515v1

(b)   The parties shall comply with the requirements of Rule 26(a)(1) and file their Rule 26(f) Report and Joint Case Management Statement within thirty days after the Court rules on the Motion to Dismiss, unless the Motion to Dismiss is granted, as previously ordered by the Court through the November Stipulation.

Dated: January 20, 2012

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
DAVID W. MOON


By: _____/s/ Lisa M. Simonetti_____
　　　　　　Lisa M. Simonetti

Attorneys for Defendant
　SLM CORPORATION


Dated: January 20, 2012

LAW OFFICES OF JANET LINDNER SPIELBERG
JANET LINDNER SPIELBERG


By: _____/s/ Janet Lindner Speilberg_____
　　　　　　Janet Lindner Spielberg

Attorneys for Plaintiff
　TINA M. UBALDI


**~~[PROPOSED]~~ ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: __January 23, 2012__　　　　　_____
　　　　　　　　　　　　　　　　　　The Honorable Elizabeth D. Laporte

- 3 -