1  Ray E. Gallo (State Bar No. 158903)
   Patrick V. Chesney (State Bar No. 267587)
2  Gallo & Associates, LLP
   1101 Fifth Avenue, Suite 205
3  San Francisco, CA  94901
   Phone:  415.397.1205
4  Fax:  310-338-1199
   rgallo@gallo-law.com
5
6  Robert W. Mills, Esq. (SBN 62514)
   Joshua D. Boxer, Esq. (SBN 226172)
7  The Mills Law Firm
   880 Las Gallinas Avenue, Suite 2
8  San Rafael, CA  94903
   Phone:  415.455.1326
9  Fax:  415.455.1327
   rwm@millslawfirm.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TINA UBALDI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SLM CORPORATION, d/b/a SALLIE MAE, INC., d/b/a SALLIE MAE SERVICING, a Delaware corporation,<br><br>Defendants. | Case No. 3:11-cv-01320-EDL<br><br>The Honorable Elizabeth Laporte<br><br>**[PROPOSED] ORDER GRANTING AMADOR CLASS COUNSEL'S RULE 7-11 MOTION FOR LEAVE TO APPEAR AS *AMICUS CURIAE* CONCERNING PLAINTIFF'S MOTION FOR MISCELLANEOUS RELIEF<br>AS MODIFIED** |

---

**[PROPOSED] ORDER GRANTING AMADOR CLASS COUNSEL'S RULE 7-11 MOTION FOR LEAVE TO APPEAR AS AMICUS CURIAE**
3:11-cv-01320-EDL

IT IS HEREBY ORDERED that The Mills Law Firm's and Gallo & Associates, LLP's Motion for Leave to Appear as Amicus Curiae Concerning Plaintiff's Motion for Miscellaneous Relief is granted. The briefing and hearing schedule on said motion ~~is hereby re-set and~~ shall be as follows:

Amicus Curiae shall file ~~all briefing~~ a brief of 10 pages or less on or before __MAY 1, 2012__

~~All opposition~~ A Reply or Reponse to the Amicus brief shall be filed on or before __MAY 8, 2012__

The hearing shall be held on __MAY 22, 2012__ at __9:00 a.m.__.

It is so ORDERED.

Dated: __April 23, 2012__

_____
Hon. Elizabeth Laporte
United States Magistrate Judge

---

**[PROPOSED] ORDER GRANTING AMADOR CLASS COUNSEL'S RULE 7-11 MOTION FOR LEAVE TO APPEAR AS AMICUS CURIAE**
3:11-cv-01320-EDL