IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA M UBALDI,<br><br>        Plaintiff,<br><br>  v.<br><br>SLM CORPORATION, et al.<br><br>        Defendant.<br>_____/ | No. C -11-01320(EDL)<br><br>**ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR SUPPLEMENTAL BRIEF ON PLAINTIFF'S MOTION TO COMPEL** |

On September 14, 2012, Defendants filed an administrative motion to file their supplemental brief responding to Plaintiff's motion to compel under seal. Docket No. 97. Defendants argue that because the brief quotes from and discusses a confidential agreement, the Court should seal the entire brief. This request is not narrowly tailored as required in Local Rule 79-5(a). The Court has reviewed the brief and the document need not be sealed in its entirety. Defendants' may file another sealing request with narrowly tailored redactions. Defendants' motion is DENIED.

IT IS SO ORDERED.

Dated: September 14, 2012

                                                                ELIZABETH D. LAPORTE<br>
                                                                United States Magistrate Judge