IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TINA M UBALDI,

    Plaintiff,

v.

SLM CORPORATION,

    Defendant.

                              /

No. C -11-01320-EDL)

**ORDER REGARDING DOCUMENT REQUEST NO. 11**

During the September 25, 2012 hearing on Plaintiff's Motion to Compel, the Court ordered the parties to meet and confer regarding a time period to govern Plaintiff's eleventh document request. The parties met and conferred and were unable to reach agreement, and instead submitted a joint letter explaining their differences of opinion on October 2, 2012. Having considered the joint letter, the Court believes that the time period from January 1, 2000 through December 1, 2005 is the relevant time period for this document request. If documents produced by Defendant within that timeframe indicate that there is other relevant information outside that timeframe, Plaintiff may come back to the Court and request an expanded timeframe at that time, provided that the request meets the requirements of Federal Rule of Civil Procedure 26(b)(2)(C)(iii).

    IT IS SO ORDERED.

Dated: October 3, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge