STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
jstrickland@stroock.com
LISA M. SIMONETTI (State Bar No. 165996)
lsimonetti@stroock.com
DAVID W. MOON (State Bar No. 197711)
dmoon@stroock.com
KRISTINA A. DEL VECCHIO (State Bar No. 283782)
kdelvecchio@stroock.com
2029 Century Park East, 18th Floor
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendants
  SLM CORPORATION, SALLIE MAE, INC.
  and SLM PC STUDENT LOAN TRUST 2004-A

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA M. UBALDI, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>SLM CORPORATION, d/b/a SALLIE MAE, INC., d/b/a/ SALLIE MAE SERVICING, a Delaware corporation,<br><br>  Defendant. | Case No. 3:11-cv-01320 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND BRIEFING SCHEDULE ON MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS NOS. 39-55  AS MODIFIED**<br><br>Action Filed:  March 18, 2011<br><br>[Local Rule 6-1(b)]<br><br>[Declaration of Lisa M. Simonetti filed concurrently] |

WHEREAS, on October 30, 2012, plaintiff Tina M. Ubaldi ("Plaintiff") filed a Motion To Compel Responses To Requests For Production Of Documents Nos. 39-55 ("Motion");

WHEREAS, the deadline for defendants SLM Corporation, Sallie Mae, Inc. and SLM PC Student Loan Trust 2004-A ("Defendants") to file their Opposition to the Motion is currently November 13, 2012;

- 1 -

1  WHEREAS, Plaintiff's Reply to the Motion is currently due on November 20, 2012;

2  WHEREAS, the hearing on the Motion is currently scheduled for December 4, 2012;

4  WHEREAS, Defendants' counsel will be in arbitration on December 4, 2012 on another matter, and the parties have agreed to continue the hearing on the Motion to Compel and to adjust the briefing schedule accordingly;

7  WHEREAS, pursuant to Civil Local Rules 6-1(b) and 6-2, the parties may request an order changing a deadline that involves papers required to be filed or lodged with the Court or that would extend deadlines set forth in the Local Rules or Federal Rules; and

10  WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

11  IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, as follows:

13  (a)  The date by which Defendants must file their Opposition to the Motion is continued from November 13, 2012 to November 20, 2012;

15  (b)  The date by which Plaintiff must file her Reply is continued from November 20, 2012 to December 4, 2012;

17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///

- 2 -

STIPULATION AND [PROPOSED] ORDER
Case No. 3:11-cv-01320 EDL

LA 51599512

(c)     The hearing on the Motion is continued from December 4, 2012 to December ~~11~~ 18, 2012 at 9:00 a.m. in Courtroom E.

| | |
|---|---|
| Dated:  November 9, 2012 | STROOCK & STROOCK & LAVAN LLP<br>JULIA B. STRICKLAND<br>LISA M. SIMONETTI<br>DAVID W. MOON<br>KRISTINA A. DEL VECCHIO |
| | By: /s/ Lisa M. Simonetti<br>        Lisa M. Simonetti |
| | Attorneys for Defendants<br>  SLM CORPORATION, SALLIE MAE, INC. and SLM PC STUDENT LOAN TRUST 2004-A |
| Dated:    November 9, 2012 | LAW OFFICES OF JANET LINDNER SPIELBERG<br>JANET LINDNER SPIELBERG |
| | By: /s/ Janet L. Spielberg<br>        Janet Lindner Spielberg |
| | Attorneys for Plaintiff<br>  TINA M. UBALDI |

## ~~[PROPOSED]~~ ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED AS MODIFIED.

Dated: _November 14, 2012_____     _/s/ Elizabeth D. Laporte_____
                                     The Honorable Elizabeth D. Laporte

# CERTIFICATE OF SERVICE

I hereby certify that, on NOVEMBER 9, 2012, copies of the foregoing **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND BRIEFING SCHEDULE ON MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS NOS. 39-55** were filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

By:      /s/ Lisa M. Simonetti  
        Lisa M. Simonetti