IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA M UBALDI, | No. C -11-01320-EDL |
| Plaintiff, | **ORDER** |
| v. | |
| SLM CORPORATION, | |
| Defendant. / | |

Pursuant to this Court's Order of May 8, 2013, that set an expedited briefing schedule for Defendant's motion to dismiss Plaintiff's usury claims, the Court orders that Defendant file any reply brief no later than Monday, June 3, 2013.

IT IS SO ORDERED.

Dated: June 14, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge