IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| TINA M UBALDI, | No. C -11-01320-EDL |
| Plaintiff, | **ORDER** |
| v. | |
| SLM CORPORATION, | |
| Defendant. | |

Pending before the Court are (1) Defendants' Motion to Continue Class Certification Briefing Schedule (Dkt. 138); and (2) Plaintiffs' Motion for Shortened Schedule (Dkt. 142).

For good cause shown, the Court **GRANTS** Defendants' motion and sets the following schedule:

| Plaintiffs' Motion for Class Certification | No later than October 22, 2013 |
|---|---|
| Defendants' Opposition to Motion for Class Certification | No later than November 19, 2013 |
| Plaintiffs' Reply | No later than December 10, 2013 |
| Hearing on Motion to Certify Class | January 7, 2014 |

In the Motion for Shortened Schedule, Plaintiffs seek an expedited briefing schedule and decision on their motion to compel. Plaintiffs argue that the motion to compel should be decided quickly so that if the Court grants the motion, Plaintiffs can receive Defendants' discovery responses at a meaningful time prior to the August 20, 2013, deadline to file for class certification.

Because the Court has continued the class certification deadlines, Plaintiffs' concern about timing is moot. The Court therefore **DENIES** Plaintiffs' Motion for Shortened Time. The matter

1  will be briefed according to Local Rule 7-3, and the motion to compel will be heard on July 23,
2  2013. Should the Court grant the motion to compel, Plaintiffs will have ample time to receive
3  Defendants' discovery responses before the October 22, 2013 deadline to file for class certification.

Dated: June 21, 2013

*Elizabeth D. Laporte*

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge