IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA M. UBALDI, and CHANEE THURSTON<br><br>Plaintiffs,<br><br>v.<br><br>SLM CORPORATION, SALLIE MAE, INC.; and SLM PC STUDENT LOAN TRUST 2004-A<br><br>Defendants. | No. C 11-01320-EDL<br><br>**ORDER RE STATUS CONFERENCE** |

On September 11, 2013, Plaintiffs requested a status conference to discuss the impact, if any, of a preliminarily approved settlement in Bottoni et al. v. Sallie Mae, Inc., Case No. 10-3602 (N.D. California), on this case. The Court grants Plaintiffs' request and will hold a status conference on October 22, 2013 at 10:00 a.m., 450 Golden Gate Ave., Courtroom E, 15th Floor, San Francisco, California.

IT IS SO ORDERED.

Dated: 9/18/13

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge