STROOCK & STROOCK & LAVAN LLP
LISA M. SIMONETTI (State Bar No. 165996)
*lsimonetti@stroock.com*
DAVID W. MOON (State Bar No. 197711)
*dmoon@stroock.com*
KRISTINA A. DEL VECCHIO (State Bar No. 283782)
*kdelvecchio@stroock.com*
2029 Century Park East, 18th Floor
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
*lacalendar@stroock.com*

Attorneys for Defendants
  SLM CORPORATION, SALLIE MAE, INC.
  and SLM PC STUDENT LOAN TRUST 2004-A

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TINA M. UBALDI and CHANEE THURSTON, on behalf of themselves and all others similarly situated,<br><br>              Plaintiff,<br><br>         v.<br><br>SLM CORPORATION, SALLIE MAE, INC. and SLM PC STUDENT LOAN TRUST 2004-A,<br><br>              Defendants. | Case No. 3:11-cv-01320 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE CLASS CERTIFICATION BRIEFING SCHEDULE** AS MODIFIED<br><br>Action Filed: March 18, 2011<br><br>[Local Rule 6-1(b) and 6-2]<br><br>[Declaration of Kristina A. Del Vecchio filed concurrently] |

STIPULATION AND [PROPOSED] ORDER
Case No. 3:11-cv-01320 EDL

LA 51696760

WHEREAS, on March 26, 2013, plaintiff Tina M. Ubaldi (together with plaintiff Chanee Thurston, "Plaintiffs") filed her Motion for Leave to File Third Amended Complaint (Docket No. 126);

WHEREAS, on May 8, 2013, the Court granted in part and denied in part Plaintiffs' Motion for Leave to File Third Amended Complaint (Docket No. 131);

WHEREAS, on May 22, 2013, defendants SLM Corporation, Sallie Mae, Inc. and SLM PC Student Loan Trust 2004-A ("Defendants") filed a motion to dismiss the Third Amended Complaint (Docket No. 132), which was denied by this Court on August 5, 2013 (Docket No. 146);

WHEREAS, on June 13, 2013, Defendants moved to continue the class certification briefing schedule pursuant to Local Rule 6-3 (Docket No. 138);

WHEREAS, this Court granted Defendants motion to continue the class certification briefing schedule, setting a deadline for Plaintiffs to file their motion for class certification of October 22, 2013 (Docket No. 143);

WHEREAS, Plaintiffs filed their Motion for Class Certification on October 22, 2013 (Docket No. 157); the deadline for Defendants to file their Opposition is November 19, 2013; the deadline for Plaintiffs to file a Reply is December 10, 2013; and the hearing on Plaintiffs' Motion for Class Certification is set for January 7, 2014 (Docket No. 143);

WHEREAS, the parties agreed to explore the possible resolution of this matter, and to that end, on October 29, 2013, the parties scheduled a mediation before mediator David Rotman, Esq. of Gregorio, Haldeman & Rotman to occur on December 6, 2013;

WHEREAS, Defendants noticed Plaintiffs' depositions for November 13, 2013, but neither Plaintiff is available that day;

WHEREAS, the parties have agreed that Defendants will take the deposition of plaintiff Chanee Thurston on December 9, 2013 and the deposition of plaintiff Tina M. Ubaldi on December 19, 2013;

WHEREAS, the parties agree that the mediation and the depositions of the named Plaintiffs should take place before further briefing on the issue of class certification, and that

- 1 -

STIPULATION AND [PROPOSED] ORDER
Case No. 3:11-cv-01320 EDL

LA 51696760

engaging in further briefing on class certification concurrently with preparation for the December 6, 2013 mediation could detract from the success of the mediation;

WHEREAS, pursuant to Civil Local Rules 6-1(b) and 6-2, the parties may request an order changing a deadline already fixed by Court order or by stipulation; and

WHEREAS, this Stipulation is made in good faith, in the interest of judicial efficiency and not for purposes of delay.

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record as follows:

(1) the deadline by which Defendants must file their Opposition to Plaintiffs' Motion for Class Certification is continued to January 9, 2014;

(2) the deadline for Plaintiffs to file a Reply is continued to January 30, 2014; and

(3) the hearing on Plaintiffs' Motion for Class Certification will take place on ~~February 25, 2014~~ March 4, 2014.

Dated: November 8, 2013

STROOCK & STROOCK & LAVAN LLP
LISA M. SIMONETTI
DAVID W. MOON
KRISTINA A. DEL VECCHIO

By: /s/ Lisa M. Simonetti
        Lisa M. Simonetti

Attorneys for Defendants
  SLM CORPORATION, SALLIE MAE,
  INC. and SLM PC STUDENT LOAN
  TRUST 2004-A

[signatures continued on next page]

- 2 -

STIPULATION AND [PROPOSED] ORDER
Case No. 3:11-cv-01320 EDL

LA 51696760

| | |
|---|---|
| Dated: November 8, 2013 | LAW OFFICES OF JANET LINDNER SPIELBERG<br>JANET LINDNER SPIELBERG<br><br>By: _/s/ Janet Lindner Spielberg_<br>     Janet Lindner Spielberg<br><br>Attorneys for Plaintiff<br>  TINA M. UBALDI and CHANEE THURSTON |

## ATTESTATION

I, Lisa M. Simonetti, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Janet Lindner Spielberg has concurred in this filing.

_/s/ Lisa M. Simonetti_
Lisa M. Simonetti

## [PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 11/12/13                        _Elizabeth D. Laporte_
                                       The Honorable Elizabeth D. Laporte

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that, on November 8, 2013, copies of the foregoing **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION BRIEFING SCHEDULE** were filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: */s/ Lisa M. Simonetti*
Lisa M. Simonetti