| | |
|---|---|
| Janet Lindner Spielberg (SBN 221926) | Michael D. Braun (SBN 167416) |
| Email: jlspielberg@jlslp.com | Email: service@braunlawgroup.com |
| LAW OFFICES OF JANET LINDNER SPIELBERG | BRAUN LAW GROUP, P.C. |
| 12400 Wilshire Boulevard, # 400 | 10680 West Pico Boulevard, Suite 280 |
| Los Angeles, California 90025 | Los Angeles, California 90064 |
| Telephone: 310-392-8801 | Telephone: 310-836-6000 |
| | |
| Joseph N. Kravec, Jr. (*pro hac vice*) | William J. Genego (SBN103224) |
| Email: jkravec@fdpk.com | Email: bill@genegolaw.com |
| Wyatt A. Liason (*pro hac vice*) | LAW OFFICE OF WILLIAM GENEGO |
| Email: wlison@fdpk.com | 2115 Main Street |
| FEINSTEIN DOYLE, PAYNE & KRAVEC, LLC | Santa Monica, California 90405 |
| 429 Forbes Avenue | Telephone:   310-399-3259 |
| Pittsburgh, Pennsylvania 15219 | |
| Telephone: 412-281-8400 | |

Attorneys for Plaintiffs Tina Ubaldi and Chanee Thurston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TINA M. UBALDI and CHANEE THURSTON, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>         vs.<br><br>SLM CORPORATION; a Delaware Corporation; SALLIE MAE, INC.; and SLM PC STUDENT LOAN TRUST 2004-A<br><br>                    Defendants. | Case No. 3-11-cv-01320-EDL<br><br><u>CLASS ACTION</u><br><br>NOTICE OF FILING EXHIBITS PREVIOUSLY SUBMITTED UNDER SEAL TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>Date:         March 4, 2014<br>Time:         9:00 A.M.<br>Courtroom:    E |

1  On October 22, 2013, Plaintiffs filed their motion for class certification (Dkt.
2  # 157), and simultaneously filed an administrative motion to file certain exhibits to
3  the motion under seal (Dkt. # 156).
4  On November 14, 2013 the Court denied the motion to file the exhibits under
5  seal. Dkt. # 167.  Accordingly, as required by the Court's order denying the motion,
6  and Local Rule 79-5(e)(2), Plaintiffs hereby file the exhibits in the public record.

8  Dated: November 23, 2013        Respectfully Submitted,

9                                  LAW OFFICE OF WILLIAM GENEGO

10                                  /s/ William J. Genego

12                                  Joseph N. Kravec, Jr. (admitted *pro hac vice*)
13                                  FEINSTEIN DOYLE PAYNE & KRAVEC, LLC

14                                  Michael D. Braun (Bar No. 167416)
15                                  BRAUN LAW GROUP, P.C.

16                                  Janet Lindner Spielberg (Bar No. 221926)
                                    LAW OFFICES OF JANET LINDNER
17                                  SPIELBERG

18                                  Attorneys For Plaintiff

**Declaration of William J. Genego**

I, William J. Genego, declare as follows:

1. I am an attorney licensed to practice in California and am a member in good standing of the California State Bar and the Bar of this Court.

2. I am one of the attorneys representing Plaintiffs Tina Ubaldi and Chanee Thurston in the above-captioned action.

3. Submitted with this declaration are exhibits that were previously submitted under seal and which are now being filed in the public record. I previously authenticated the exhibits when they were submitted under seal, and do so again by this declaration in conjunction with the public filing of the exhibits.

4. The lettered exhibits submitted with this Notice are identical to the corresponding exhibits previously submitted under seal, except that the cover page to each of the exhibits has been changed to reflect the exhibits are not being filed under seal.

5. Exhibit A-1 is a true and correct copy of a document Defendants produced in discovery Bates-numbered SM05165-05247 that purports to be an "Exportss Agreement" between Student Loan Marketing Association and Bank of America, N.A.

6. Exhibit A-2 is a true and correct copy of a document Defendants produced in discovery Bates-numbered SM04992-05046 that purports to be an "Exportss Agreement" between SLM Education Credit Finance Corporation and Standard Federal Bank National Association.

7. Exhibit A-3 is a true and correct copy of a document Defendants produced in discovery Bates-numbered SM05047-05101 that purports to be an "Exportss Agreement" between Sallie Mae, Inc., SLM Education Credit Finance Corporation and Lasalle Bank, N.A.

8. Exhibit A-4 is a true and correct copy of a document Defendants produced in discovery Bates-numbered SM05361-5421 that purports to be an

"Exportss Agreement" between Sallie Mae, Inc., SLM Education Credit Finance Corporation, First National Bank of Kansas and Bank of America, N.A.

9. Exhibit B is a true and correct copy of a document Defendants produced in discovery Bates-numbered SM05556-5637 that purports to be an "Exportss Agreement" between Student Loan Marketing Association and Dollar Bank, F.S.B.

10. Exhibit C is a true and correct copy of a document Defendants produced in discovery Bates-numbered SM05895-5947 that purports to be a "Loan Purchase Agreement" between Student Loan Marketing Association and The First National Bank in Sioux Falls.

11. Exhibit D is a true and correct copy of a document Defendants produced in discovery Bates-numbered SM05970-6067 that purports to be an "Exportss Agreement" between Student Loan Marketing Association and Bank One, N.A.

12. Exhibit E is a true and correct copy of a document Defendants produced in discovery Bates-numbered SM01512-1606 that purports to be an "Exportss Agreement" between SLM Education Credit Finance Corporation, Citizens Bank of Massachusetts, Citizens Bank of Connecticut, Citizens Bank of Rhode Island, Citizens Bank New Hampshire, Citizens Bank of Pennsylvania, Citizens Bank of Delaware and Charter One Bank, N.A.

13. Exhibit F is a true and correct copy of a document Defendants produced in discovery Bates-numbered SM00712-00796 that purports to be an "Exportss Agreement" between Student Loan Marketing Association and Stillwater National Bank and Trust Company.

14. Exhibit G is a true and correct copy of a document Defendants produced in discovery Bates-numbered SM06357-6420 that purports to be an "Exportss Agreement" between Sallie Mae, Inc., SLM Education Credit Finance

Corporation and TCF National Bank.

15. Exhibit I are true and correct copies of documents Defendants produced in discovery that purport to be "Application and Promissory Note" forms Bates-numbered SM04247-4258 and SM04030-4041.

16. Exhibit J-1 are true and correct copies of documents Defendants produced in discovery that purport to be "Payment Schedule and Disclosure Statement" forms addressed to Tina Ubaldi Bates-numbered SM00321, SM00339 and SM00669.

17. Exhibit J-2 is a true and correct copy of a document Defendants produced in discovery Bates-numbered SM07452 that purports to be a "Payment Schedule and Disclosure Statement" addressed to Chanee Thurston.

18. Exhibit K is a true and correct copy of a document Defendants produced in discovery that purports to be "Payment Schedule and Disclosure" forms Bates-numbered SM04751-4783.

19. Exhibit S consists of excerpts of Defendants' Supplemental Responses to Plaintiff Tina Ubaldi's Fourth Set of Interrogatories.

20. Exhibit T is a true and correct copy of Defendants' Second Supplemental Responses to Plaintiff Chanee Thurston's First Set of Interrogatories.

21. Exhibit U is a true and correct copy of Defendant's Supplemental Responses to Plaintiff Chanee Thurston's Second Set of Interrogatories.

22. Exhibit V consists of excerpts of Defendants' Supplemental Responses to Plaintiff Thurston's Third Set of Interrogatories.

23. Exhibit W are excerpts of Defendants' Responses to Plaintiff's First Set of Requests for Admission.

24. Exhibit X are excerpts of Defendants' Second Supplemental Responses to Plaintiffs' Second Set of Requests for Admission.

25. Exhibit Y is a true and correct copy of Defendants' Supplemental Responses to Plaintiffs' Third Set of Requests for Admission.

26. Exhibit Z is a true and correct copy of Defendant SLM Corporation's Response to Plaintiff's Interrogatories, Set Two.

27. Exhibit AA is a transcript of the October 16, 2013 deposition of Patricia Mae Potomis pursuant to Fed.R.Civ.P. 30(b)(6).  The deponent has not yet had an opportunity to review or sign the transcript.

28. Exhibit GG is a true and correct copy of a document Defendants produced in discovery Bates-numbered SM09598-9622 that purports to be a "Loan Servicing, Participation and Purchase Agreement between SLM Education Credit Management Corporation, Sterling Bank and SLM Financial Corporation.

29. Exhibit HH is a true and correct copy of a document Defendant produced in discovery Bates-numbered SM09524-09568 that purports to be an amended "Loan Purchase Agreement" between First Bank of Philadelphia and Student Loan Marketing Association.

30. Exhibit II is a true and correct copy of a document Defendant produced in discovery Bates-numbered SM09569-09597 that purports to be a "Loan Servicing, Participation and Purchase Agreement" between SLM Education Credit Management Corporation, Independent Bankers' Bank and SLM Financial Corporation.

31. Exhibit JJ is a true and correct copy of a document Defendant produced in discovery Bates-numbered SM09271-9314 that purports to be a "Loan Origination, Servicing, and Purchase Agreement" between Sallie Mae, Inc., SLM Education Credit Finance Corporation and Commerce Bank/Delaware, N.A.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of November, 2013 at Santa Monica, California

*/s/ William J. Genego*