Michael D. Braun (SBN 167416)
**BRAUN LAW GROUP, P.C.**
10680 Pico Blvd., Suite 280
Los Angeles, CA 90064
Tel: 310-836-6000
Fax: 310-836-6010
E/M: service@braunlawgroup.com

Joseph N. Kravec, Jr. (pro hac vice)
**FEINSTEIN DOYLE PAYNE & KRAVEC LLC**
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: (412) 281-8400
Fax: (412) 281-1007
E/M: jkravec@stemberfeinstein.com

Janet Lindner Spielberg (SBN 221926)
**LAW OFFICE OF JANET LINDNER SPIELBERG**
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Tel: (310) 392-8801
Fax: (310) 278-5938
E/M: jlspielberg@jlslp.com

William J. Genego (SBN103224)
**LAW OFFICES OF WILLIAM GENEGO**
2115 Main Street
Santa Monica, California 90405
Tel: (310) 399-3259
Fax: (310) 392-9029
E/M: wgenego@gmail.com

Co-Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TINA UBALDI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SLM CORPORATION, d/b/a SALLIE MAE, INC., d/b/a SALLIE MAE SERVICING, a Delaware corporation<br><br>Defendants. | CASE NO. 3:11-cv-01320 EDL<br><br>CLASS ACTION<br><br>NOTICE OF FILING OF MODIFIED THIRD AMENDED COMPLAINT<br><br>DATE:   N/A<br>TIME:   N/A<br>CTRM:   E |

Pursuant to the Court's November 15, 2013 Order ("Order") [Dkt. NO. 169], Plaintiffs hereby file a [Modified] Third Amended Complaint ("Modified TAC"), comporting with the Court's decision. A redlined version of the Modified TAC showing the modifications from the original Third Amended Complaint ("TAC") [Dkt. No. 126, Ex. A-1] is attached as Exhibit A.  A final version of the Modified TAC along with exhibits is attached as Exhibit B.

By deleting tolling allegations (¶¶ 115-120) and modifying the class periods (¶¶121-125) alleged in the original TAC and not restating them in the Modified TAC, Plaintiffs are **not** waiving their rights to subsequently appeal the Court's decision.  Rather, Plaintiff expressly wishes to preserve all rights to appeal, but for the sake of judicial economy and in reliance on the Ninth Circuit's decision in *Lacey v. Maricopa County*, 693 F.3d 896 (9th Cir. Ariz. 2012), Plaintiffs have not restated the deleted and/or modified allegations in the Modified TAC. "We see no benefit in requiring plaintiffs to re-allege claims that the district courts have already dealt with on the merits and dismissed with prejudice. Even where the district court recognizes that plaintiffs are just following the *Forsyth* rule and preserving their options on appeal, the court will still be wasting resources in parsing old claims and reiterating its prior rulings, and there is no reason to make the court dismiss them a second time. Our stewardship requires better use of our limited judicial resources.... We therefore join our sister circuits and overrule in part the rule found in *Forsyth* and other cases that a plaintiff waives all claims alleged in a dismissed complaint which are not re-alleged in an amended complaint. For claims dismissed with prejudice and without leave to amend, we will not require that they be re-pled in a subsequent amended complaint to preserve them for appeal" (citations omitted). *Id.* at 928.

DATED:  December 1, 2013                                          Respectfully Submitted,

**BRAUN LAW GROUP, P.C.**

By: _____
Michael D. Braun
10680 W. Pico Boulevard, Suite 280
Los Angeles, CA 90064
Phone:    (310) 836-6000

| | |
|---|---|
| 1 | Fax:      (310) 836-6010 |
| 2 | |
| 3 | Janet Lindner Spielberg<br>**LAW OFFICE OF JANET LINDNER**<br>   **SPIELBERG** |
| 4 | 12400 Wilshire Blvd., Suite 400<br>Los Angeles, CA 90025 |
| 5 | Tel: (310) 392-8801<br>Fax: (310) 278-5938 |
| 6 | |
| 7 | William J. Genego<br>**LAW OFFICES OF WILLIAM GENEGO** |
| 8 | 2115 Main Street<br>Santa Monica, California  90405 |
| 9 | Tel: (310) 399-3259<br>Fax:  (310) 392-9029 |
| 10 | |
| 11 | Joseph N. Kravec, Jr.<br>**FEINSTEIN DOYLE PAYNE &** |
| 12 | **KRAVEC LLC**<br>Allegheny Building, 17th Floor |
| 13 | 429 Forbes Avenue<br>Pittsburgh, PA  15219 |
| 14 | Tel: (412) 281-8400<br>Fax:  (412) 281-1007 |
| 15 | |
| 16 | **Attorneys for Plaintiff** |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# PROOF OF SERVICE

STATE OF CALIFORNIA )
                    )
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 10680 W. Pico Boulevard, Suite 280, Los Angeles, California 90012.

On December 2, 2013, I served the document(s) described as:

    1. Notice of Filing Modified TAC

**[X] BY ELECTRONIC TRANSMISSION USING THE COURT'S ECF SYSTEM:** I caused the above document(s) to be transmitted electronic mail to those ECF registered parties listed on the Notice of Electronic Filing (NEF) pursuant to Fed. R. Civ. P. 5(d)(1) and by first class mail to those non-ECF registered parties listed on the Notice of Electronic Filing (NEF). *"A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."*

Executed on December 2, 2013, at Los Angeles, California.

                                      Michael D. Braun