# EXHIBIT 15

**SallieMae** Case3:11-cv-01320-EDL Document120-3 Filed03/08/13 Page2 of 22
www.SallieMae.com
- P.O. BOX 9500
WILKES BARRE PA 18773-9500

(888) 272-5543



1215.1.86.23896 1 AT 0.334
TINA M UBALDI
103 AMHERST AVE
MENLO PARK CA 94025-3803

IlludullIuuululduludlIdluldlluulldllunulludId

| | **Invoice** | 08/12/07 |
|---|---|---|
| MAKE CHECK PAYABLE TO: | **SALLIE MAE** | |
| AND SEND TO OUR PAYMENT ADDRESS: | **PO BOX 9533 WILKES-BARRE PA 18773-9533** | |
| ACCOUNT NUMBER: | **9849193411-1** | |

011065332535 98491934117 000032943

| CURRENT PHONE IS: **(650) 328-3663** | PAYMENT DUE DATE | | PAST DUE AMOUNT |
|---|---|---|---|
| Changed your address or phone number? Please visit www.SallieMae.com to update your information. *Please detach and return with payment.* | **IMMEDIATELY** | | $ **329.43** |

| PRINCIPAL BALANCE | MONTHLY PMT | NEXT DUE DATE | PAST DUE AMT | LATE FEE | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| $ 38,613.39 | $ 420.70 | 08/15/07 | $ 329.43 | $ 16.47 | $ 766.92 |

| LAST PMT REC'D | LAST PMT AMT | TODAY'S DATE | OTHER CHARGES | CORRESPONDENCE ADDRESS: |
|---|---|---|---|---|
| 01/10/07 | $ 317.27 | 08/12/07 | $ 0.00 | P.O. BOX 9500 WILKES BARRE PA 18773-9500 |

Several days ago, we notified you that payment was overdue on your
student loan(s) starred(*) below. As of today, we have not received
your payment. If you have not yet mailed your payment, please send a
check or money order to our address above, or to expedite receipt of
your payment, make it online by going to the Manage Your Loans (MYL)
section of our Web site, www.SallieMae.com.

*If you have already mailed your payment, please disregard this notice.*

Please be aware that your delinquency may soon be reported to the
national credit bureaus. Don't risk having your credit record harmed
by late payments.

If you have a loan under the Federal Family Education Loan Program you
may be charged collection costs permitted under the Higher Education
Act of 1965, as amended, and U.S. Department of Education regulations
(collectively referred to as the "Act") that we incur for collecting
installments not paid when due. Collection costs may include, but are
not limited to, costs we incur for returned payments, services to assist
in locating you after we have completed activities required by the Act
and collection agency services when your loan is seriously delinquent.
If you have a privately insured loan, you may be charged a fee for each
returned payment.

To ensure your payments are always on time, we encourage you to consider
paying by automatic debit from your checking or savings account. Simply
download an authorization form from MYL or call us to have one sent to

**Loan Information** *If you have questions or concerns about your account, write to us at the address provided above.*
The list below includes all the loans in your account with us.  Loans marked with a star (*) are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| * 06/24/03 | $ 22,765.00 | $ 31,096.95 | 9.750 | SIG STUDNT |
| * 07/21/03 | 2,625.00 | 2,781.04 | 7.220 | FFELP |
| * 07/21/03 | 4,000.00 | 4,735.40 | 7.220 | FFELP |

PHONE (888) 272-5543   FAX (800) 848-1949   TDD/TTY (888) 833-7562   24 HRS/7 DAYS   www.salliemae.com

Para comunicarse en Español con 'Atencion al Cliente',
llame gratis al 1-888-272-5543, y marque el numero correspondiente.

9849193411260659



D072   SYSTEM 0001

**SallieMae**
www.SallieMae.com
Case3:11-cv-01320-EDL Document128-5 Filed02/08/13 Page3 of 22

TINA M UBALDI                                    Account Number: **9849193411-1**
103 AMHERST AVE
MENLO PARK CA 94025-3803

Page 2                                          08/12/07

you.

In addition, please contact us online or by phone if your financial
circumstances make it difficult to pay at this time. FFELP loans may be
eligible for payment relief such as deferment, forbearance, reduced
payments, income-sensitive repayment or loan consolidation.

Customer Service

P.S. According to guidelines issued by the National Automated Clearing
House Association (NACHA), financial service providers like Sallie Mae
may electronically process payments (checks) received from their
customers. Sallie Mae has begun clearing your check electronically as
opposed to depositing the paper check. Accordingly, (1) all received
checks will clear the bank faster and (2) your check will not be
returned to you in your bank statement (neither the original check, nor
an imaged copy). In the event that Sallie Mae is unable to process your
payment electronically, it will be converted to a paper check. Your
bank statement is valid proof of payment. Please note the check debit
on your bank statement will reflect Sallie Mae as the payee. If you
have any questions, please visit our Web site at www.SallieMae.com.

## Loan Information

The list below includes all the loans in your account with us.  Loans marked with a star (*) are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|-----------|----------------------|-----------------------|---------------|--------------|
|           | $                    | $                     |               |              |

# EXHIBIT 16

**SallieMae** 
www.SallieMae.com
P.O. BOX 9500
WILKES BARRE PA 18773-9500

Case3:11-cv-01320-EDL   Document120-3   Filed02/08/13   Page5 of 22

(888) 272-5543

1215.1.86.23895 1 AT 0.334
LAMOYNE L PORTER II
103 AMHERST AVE
MENLO PARK CA 94025-3803

| **Invoice** | 08/12/07 |
|---|---|
| MAKE CHECK PAYABLE TO: | SALLIE MAE |
| AND SEND TO OUR PAYMENT ADDRESS: | PO BOX 9555 WILKES-BARRE PA 18773-9555 |
| ACCOUNT NUMBER: | 9849193411-1 |

881025332530 98491934117 000032943

(650) 328-3663
Changed your address or phone number?
Please visit www.SallieMae.com to update your information.
*Please detach and return with payment.*

| PAYMENT DUE DATE | PAST DUE AMOUNT |
|---|---|
| **IMMEDIATELY** | $ 329.43 |

| PRINCIPAL BALANCE | MONTHLY PMT | NEXT DUE DATE | PAST DUE AMT | LATE FEE | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| $ 31,096.95 | $ 332.89 | 08/15/07 | $ 329.43 | $ 16.47 | $ 678.79 |

| LAST PMT REC'D | LAST PMT AMT | TODAY'S DATE | OTHER CHARGES | CORRESPONDENCE ADDRESS: P.O. BOX 9500 WILKES BARRE PA 18773-9500 |
|---|---|---|---|---|
| 01/10/07 | $ 317.27 | 08/12/07 | $ | |

RE: TINA M UBALDI

Several days ago, we notified you that payment on loans you cosigned/
endorsed was overdue. As of today, we have not received payment. The
delinquency may soon be reported to a credit bureau.

We have notified the borrower of this situation so it is possible that
the borrower has already mailed the payment. If the account remains
past due, we will ask you to pay the overdue balance.

If you are a co-borrower or endorser of a loan under the Federal Family
Education Loan Program you may be charged collection costs permitted
under the Higher Education Act of 1965, as amended, and U.S. Department
of Education regulations (collectively referred to as the "Act") that
we incur for collecting installments not paid when due. Collection
costs may include, but are not limited to, costs we incur for returned
payments, services to assist in locating the borrower after we have
completed activities required by the Act, and collection agency
services when the loan on which you are a co-borrower is seriously
delinquent. If you are a co-borrower of a privately insured loan, you
may be charged a fee for each returned payment.

If you have questions about the account, please call us. If you make
a payment on the loans, please include the above invoice.

## Loan Information
Loans marked with a star(*) are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| * 06/24/03 | $ 22,765.00 | $ 31,096.95 | 9.750 | SIG STUDNT |

PHONE (888) 272-5543     FAX (800) 848-1949     TDD/TTY (888) 833-7562     24 HRS/7 DAYS     www.SallieMae.com


9849193411156069598

www.SallieMae.com

Account Number: **9849193411-1**

Page 2                                                                                                    08/12/07

According to new guidelines issued by the National Automated Clearing
House Association (NACHA), financial service providers like Sallie Mae
may electronically process payments (checks) received from the
customers. When you provide a check as payment, you authorize Sallie Mae
either to use information from your check to make a one-time electronic
fund transfer from your account or to process the payment as a check
transaction. When Sallie Mae uses information from your check to make an
electronic fund transfer, funds may be withdrawn from your account as
soon as the same day we receive your payment, and you will not receive
your check back from your financial institution. In the event that
Sallie Mae is unable to process your electronic payment, it will be
processed as a check transaction. Your bank statement is valid proof of
payment. Please note the debit on your bank statement will reflect
Sallie Mae as the payee. If you should have any further questions,
please visit our web site at www.SallieMae.com.

Any payment presented to Sallie Mae pursuant to a disputed sum or
balance, and with respect to which you demand complete or partial
satisfaction for a loan for which you cosigned, shall be sent to only
the following address: Sallie Mae, P.O. Box 3800, Wilkes-Barre, PA
18773-3800, with a detailed account of the alleged dispute and the
remedy sought or current disposition of the loan for which you are
responsible. Sallie Mae reserves the right, at its sole discretion, to
return or refund any payment rendered if the payment is noted to pay off
the account in full and this payment does not equal the amount owed to
satisfy the loan debt in full. Such payment at the sole option of
Sallie Mae, may be returned or refunded in a form of a corporate check
and the requested relief for that loan(s) thereby denied.

## Loan Information

The list below includes all the loans in your account with us.  Loans marked with a star (*) are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|-----------|----------------------|----------------------|---------------|--------------|
|           | $                    | $                    |               |              |

# EXHIBIT 17

**SallieMae** 
www.SallieMae.com
P.O. BOX 9500
WILKES-BARRE PA 18773-9500

(888) 272-5543

160.1.77.26612  1 oz.
TINA M UBALDI
103 AMHERST AVE
MENLO PARK CA 94025-3803

Ilihunlullhunddhllulldhlallhunlldlllunulliulll

### Invoice

12/16/07

MAKE CHECK PAYABLE TO: **SALLIE MAE**

AND SEND TO
OUR PAYMENT ADDRESS: **PO BOX 9533**
**WILKES-BARRE PA 18773-9533**



ACCOUNT NUMBER: **9849193411-1**



011065332535 98491934117 000043365

CURRENT PHONE IS: **(650) 328-3663**

Changed your address or phone number?
Please visit www.SallieMae.com to update your information.
*Please detach and return with payment.*

| PAYMENT DUE DATE | PAYMENT AMOUNT DUE |
|---|---|
| 01/15/08 | $ 361.99 |

| PRINCIPAL BALANCE | MONTHLY PMT | NEXT DUE DATE | PAST DUE AMT | LATE FEE | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| $ 40,132.48 | $ 433.65 | 01/15/08 | $ 0.00 | $ 16.47 | $ 361.99 |

| LAST PMT REC'D | LAST PMT AMT | TODAY'S DATE | OTHER CHARGES | CORRESPONDENCE ADDRESS: |
|---|---|---|---|---|
| 01/10/07 | $ 317.27 | 12/16/07 | $ 0.00 | P.O. BOX 9500 WILKES BARRE PA 18773-9500 |

PLEASE NOTE THAT THIS BILLING STATEMENT IS ONLY FOR THE LOANS MARKED
WITH AN ASTERISK (*) BELOW. If there are loans that are not marked with
an (*) on this bill, you will receive a separate billing statement for
those loans. It's very important that you return the appropriate coupon
with your monthly payment.

Please pay the amount noted in the **Payment Amount Due** box. All
payments must be remitted in U.S. dollars drawn on a U.S. bank.

The **Total Amount Due** box represents the full amount you must pay if you
are past due on your monthly payments to bring your account current.
The specific past due amount will be noted in the **Past Due Amount** box.

If you send a payment that is larger than the scheduled **Payment Amount,**
we will advance your next payment due date by the number of whole
payments satisfied by the extra funds *unless you specifically state
that you do not want us to advance the payment due date*. If you are
paid ahead,we will send a monthly billing statement to you shortly
before a payment is due.

If you fail to make your scheduled payment, you may be assessed a late
fee as stated in your promissory note, and may also lose your
borrower benefits. If you have a loan under the Federal Family Education
Loan Program you may be charged collection costs permitted under the
Higher Education Act of 1965, as amended, and U.S. Department of
Education regulations (collectively referred to as the "Act") that we
incur for collecting installments not paid when due.

### Loan Information
*If you have questions or concerns about your account, write to us at the address provided above.*
The list below includes all the loans in your account with us.  Loans marked with a star (*) are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| * 06/24/03 | $ 22,765.00 | $ 32,616.04 | 9.750 | SIG STUDNT |
| * 07/21/03 | 2,625.00 | 2,781.04 | 7.220 | FFELP |
| * 07/21/03 | 4,000.00 | 4,735.40 | 7.220 | FFELP |

PHONE (888) 272-5543    FAX (800) 848-1949    TDD/TTY (888) 833-7562    24 HRS/7 DAYS    www.salliemae.com

Para comunicarse en Español con 'Atención al Cliente',
llame gratis al 1-888-272-5543, y marque el numero correspondiente.

P099    SYSTEM 0001

9849193411260056999

TINA M UBALDI                                    Account Number: **9849193411-1**
103 AMHERST AVE
MENLO PARK CA 94025-3803

Page 2                                           12/16/07

Collection costs may include, but are not limited to, costs we incur
for returned payments, services to assist in locating you after we have
completed activities required by the Act, and collection agency
services when your loan is seriously delinquent. If you have a
privately insured loan, you may be charged a fee for each returned
payment.

Any payment presented to Sallie Mae pursuant to a **disputed** sum or
balance, and with respect to which you demand complete or partial
satisfaction, must be sent to only the following address: Sallie Mae,
P.O. Box 3800, Wilkes-Barre, PA 18773-3800, with a detailed account of
the alleged dispute and the remedy sought. Sallie Mae reserves the
right, at its sole discretion, to return or refund any payment tendered
if the payment is noted to pay the account in full and this payment
does not equal the amount owed to satisfy your loan debt in full. Such
payment at the sole option of Sallie Mae, may be returned or refunded in
a form of a corporate check and the requested relief thereby denied.

Use the **convenience** of our online account management service through
which you can make payments, change your payment plan, review payment
history, get loan details, send email, and more. Just visit
www.SallieMae.com to sign up.

Reduce your monthly payment by up to 45%(1*)with a Federal
Consolidation Loan from Sallie Mae. If you haven't already done so,
consider consolidating any individual federal loans you may have into
one consolidation loan. By consolidating, you can reduce your monthly
payment by as much as 45%, and with one bill, your monthly payments will
be easier to manage. Call 1-866-382-5412 today.

## Loan Information

The list below includes all the loans in your account with us.  Loans marked with a star (*) are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|-----------|----------------------|-----------------------|---------------|--------------|
|           | $                    | $                     |               |              |

SallieMae
www.SallieMae.com
Case3:11-cv-01320-EDL   Document120-8   Filed03/08/13   Page10 of 22

TINA M UBALDI                                          Account Number:
103 AMHERST AVE
MENLO PARK CA 94025-3803


Page 3                                                12/16/07

Sallie Mae is here to provide you with lifetime guidance in choosing and
managing your student loans, and it is our pleasure to serve you.

Sallie Mae Customer Service

(1*) Your overall loan indebtedness and repayment plan selection will
determine the actual percent your monthly payment is reduced.

According to new guidelines issued by the National Automated Clearing
House Association (NACHA), financial service providers like Sallie Mae
may electronically process payments (checks) received from the
customers. When you provide a check as payment, you authorize Sallie
Mae either to use information from your check to make a one-time
electronic fund transfer from your account or to process the payment as
a check transaction. When Sallie Mae uses information from your check
to make an electronic fund transfer, funds may be withdrawn from your
account as soon as the same day we receive your payment, and you will
not receive your check back from your financial institution. In the
event that Sallie Mae is unable to process your electronic payment, it
will be processed as a check transaction. Your bank statement is valid
proof of payment. Please note the debit on your bank statement will
reflect Sallie Mae as the payee. If you should have any further
questions, please visit our web site at www.SallieMae.com.


## Loan Information

The list below includes all the loans in your account with us.  Loans marked with a star (*) are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|-----------|----------------------|-----------------------|---------------|--------------|
|           | $                    | $                     |               |              |

EXHIBIT 18

**SallieMae**
www.SallieMae.com
P.O. BOX 9500
WILKES BARRE PA 18773-9500



(888) 272-5543

2071.2.86.27665 1 AT 0.346
TINA M UBALDI
103 AMHERST AVE
MENLO PARK CA 94025-3803

Ildualdllandkkkalldkaldlllandkllandkalkl

| | **Invoice** | 11/30/08 |
|---|---|---|
| MAKE CHECK PAYABLE TO: | SALLIE MAE | |
| AND SEND TO OUR PAYMENT ADDRESS: | PO BOX 9533 WILKES-BARRE PA 18773-9533 | |
| ACCOUNT NUMBER: | 9849193411-1 | |

011065332535 98491934117 000052707

CURRENT PHONE IS: (650) 328-3663
Changed your address or phone number?
Please visit www.SallieMae.com to update your information.
*Please detach and return with payment.*

| PAYMENT DUE DATE | PAST DUE AMOUNT |
|---|---|
| **IMMEDIATELY** | $ 527.07 |

| PRINCIPAL BALANCE | MONTHLY PMT | NEXT DUE DATE | PAST DUE AMT | LATE FEE | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| $ 41,255.89 | $ 263.04 | 12/15/08 | $ 527.07 | $ 27.96 | $ 818.07 |
| LAST PMT REC'D | LAST PMT AMT | TODAY'S DATE | OTHER CHARGES | CORRESPONDENCE ADDRESS: | |
| 10/06/08 | $ 181.00 | 11/30/08 | $ 0.00 | P.O. BOX 9500 WILKES BARRE PA 18773-9500 | |

### YOUR LOAN PAYMENT REMAINS PAST DUE
### SEND PAYMENT IMMEDIATELY

We have not received sufficient payment from you to bring your account current. It's not too late to catch up on your loan payments -- but you must act now.

If you have a loan under the Federal Family Education Loan Program (FFELP) you may be charged collection costs permitted under the Higher Education Act of 1965, as amended, and U.S. Department of Education regulations (collectively referred to as the "Act") that we incur for collecting installments not paid when due. Collection costs may include, but are not limited to, costs we incur for returned payments, services to assist in locating you after we have completed activities required by the Act and collection agency services when your loan is seriously delinquent. If you have a privately insured loan, you may be charged a fee for each returned payment.

If you can't send payment, please call us to talk about:

- **Temporarily postponing payments** with a forbearance.
- **Reducing payments** to a lower amount each month.
- **Consolidating Stafford loans** into one new loan, perhaps with more time to repay.
- **Income-sensitive payments** for any Stafford loans.
- **Deferment eligibility** for any Stafford loans if you are in school, unemployed, experiencing financial hardship or participating in an

**Loan Information** *If you have questions or concerns about your account, write to us at the address provided above.*
The list below includes all the loans in your account with us.  Loans marked with a star (*) are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| * 06/24/03 | $ 22,765.00 | $ 33,218.77 | 6.500 | SIG STUDNT |
| * 07/21/03 | 2,625.00 | 2,929.21 | 4.210 | FFELP |
| * 07/21/03 | 4,000.00 | 5,107.91 | 4.210 | FFELP |

PHONE (888) 272-5543    FAX (800) 848-1949    TDD/TTY (888) 833-7562    24 HRS/7 DAYS    www.salliemae.com

Para comunicarse en Español con 'Atencion al Cliente',
llame gratis al 1-888-272-5543, y marque el numero correspondiente.

984919341136021999

D074    SYSTEM 0001

SallieMae
www.SallieMae.com

TINA M UBALDI
103 AMHERST AVE
MENLO PARK CA 94025-3803

Account Number: **9849193411-1**

Page 2

11/30/08

internship or residency.

## Why not call us toll-free at (888) 272-5543

According to new guidelines issued by the National Automated Clearing House Association (NACHA), financial service providers like Sallie Mae may electronically process payments (checks) received from the customers. When you provide a check as payment, you authorize Sallie Mae either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When Sallie Mae uses information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. In the event that Sallie Mae is unable to process your electronic payment, it will be processed as a check transaction. Your bank statement is valid proof of payment. Please note the debit on your bank statement will reflect Sallie Mae as the payee. You are welcome to contact us with any questions. We appreciate the opportunity to serve you.

## Loan Information

The list below includes all the loans in your account with us. Loans marked with a star (*) are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|-----------|----------------------|-----------------------|---------------|--------------|
|           | $                    | $                     |               |              |

EXHIBIT 19

**SallieMae**
www.SallieMae.com
P.O. BOX 9500
WILKES BARRE PA 18773-9500

(888) 272-5543

---

3256.1.44.20666    1 oz.
TINA M UBALDI
100 ALAMEDA DE LAS
PULGAS
BELMONT CA 94002-1560

## Invoice                                06/25/09

MAKE CHECK PAYABLE TO: | SALLIE MAE

AND SEND TO
OUR PAYMENT ADDRESS: | PO BOX 9533
WILKES-BARRE PA 18773-9533

ACCOUNT NUMBER: | 9849193411-1

### 011065332535 98491934117 000013673

CURRENT PHONE IS: (650) 328-3663
Changed your address or phone number?
Please visit www.SallieMae.com to update your information.
*Please detach and return with payment.*

PAYMENT DUE DATE | PAST DUE AMOUNT
IMMEDIATELY | $   136.73

| PRINCIPAL BALANCE | MONTHLY PMT | NEXT DUE DATE | PAST DUE AMT | LATE FEE | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| $  42,456.12 | $  219.28 | 07/15/09 | $  136.73 | $  25.88 | $  299.34 |
| LAST PMT REC'D | LAST PMT AMT | TODAY'S DATE | OTHER CHARGES | CORRESPONDENCE ADDRESS: | |
| 10/06/08 | $  181.00 | 06/25/09 | $  0.00 | P.O. BOX 9500 WILKES BARRE PA 18773-9500 | |

### PAST DUE NOTICE

Our records show that your payment on the student loan(s) starred(*) below is overdue.  Please send your check today.  **We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit bureau report.**

If your payment is not received shortly, a late fee may be charged to your account.  We may report your delinquency to all national credit bureaus as early as 45 days past due which will damage your credit rating.  We have also notified the cosigner or endorser of your loan(s) (if any) that your payment is overdue.

If you have a loan under the Federal Family Education Loan Program you may be charged collection costs permitted under the Higher Education Act of 1965, as amended, and U.S. Department of Education regulations (collectively referred to as the "Act") that we incur for collecting installments not paid when due.  Collection costs may include, but are not limited to, costs we incur for returned payments, services to assist in locating you after we have completed activities required by the Act, and collection agency services when your loan is seriously delinquent. If you have a privately insured loan, you may be charged a fee for each returned payment.

## Loan Information  *If you have questions or concerns about your account, write to us at the address provided above.*
The list below includes all the loans in your account with us.  Loans marked with a star (*) are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| * 06/24/03 | $ 22,765.00 | $  34,542.16 | 4.750 | SIG STUDNT |
| * 07/21/03 | 2,625.00 | 2,884.33 | 3.610 | FFELP |
| * 07/21/03 | 4,000.00 | 5,029.63 | 3.610 | FFELP |

---

PHONE  (888) 272-5543     FAX  (800) 848-1949     TDD/TTY  (888) 833-7562     24 HRS/7 DAYS     www.salliemae.com

Para comunicarse en Español con 'Atencion al Cliente',
llame gratis al 1-888-272-5543, y marque el numero correspondiente.

D071    SYSTEM 0001



**Sallie Mae**
www.SallieMae.com
Case3:11-cv-01320-EDL   Document170-3   Filed03/08/13   Page16 of 22

TINA M UBALDI
100 ALAMEDA DE LAS
PULGAS
BELMONT CA 94002-1560

Account Number: **9849193411-1**

Page 2

06/25/09

**Are you experiencing difficulty in making your scheduled payments?
Assistance may be available.** Call Customer Service toll-free
at (888) 272-5543 for details.

Customer Service

According to new guidelines issued by the National Automated Clearing
House Association (NACHA), financial service providers like Sallie Mae
may electronically process payments (checks) received from the
customers. When you provide a check as payment, you authorize Sallie Mae
either to use information from your check to make a one-time electronic
fund transfer from your account or to process the payment as a check
transaction. When Sallie Mae uses information from your check to make an
electronic fund transfer, funds may be withdrawn from your account as
soon as the same day we receive your payment, and you will not receive
your check back from your financial institution. In the event that
Sallie Mae is unable to process your electronic payment, it will be
processed as a check transaction. Your bank statement will reflect
Sallie Mae as the payee. You are welcome to contact us with any
questions. We appreciate the opportunity to serve you.

## Loan Information

The list below includes all the loans in your account with us.  Loans marked with a star (*) are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT $ | OUTSTANDING PRINCIPAL $ | INTEREST RATE | LOAN PROGRAM |
|-----------|------------------------|-------------------------|---------------|--------------|

# EXHIBIT 20

**SallieMae**
www.SallieMae.com
P.O. BOX 9500
WILKES BARRE PA 18773-9500



(888) 272-5543

3863.1.108.45550   1 oz.

TINA M UBALDI
100 ALAMEDA DE LAS
PULGAS
BELMONT CA 94002-1560

## Invoice

09/25/09

| | |
|---|---|
| MAKE CHECK PAYABLE TO: | SALLIE MAE |
| AND SEND TO OUR PAYMENT ADDRESS: | PO BOX 9533 WILKES-BARRE PA 18773-9533 |
| ACCOUNT NUMBER: | 9849193411-1 |

011065332535 98491934117 000013709

CURRENT PHONE IS: **(650) 328-3663**

Changed your address or phone number?
Please visit www.SallieMae.com to update your information.

*Please detach and return with payment.*

| PAYMENT DUE DATE | PAST DUE AMOUNT |
|---|---|
| **IMMEDIATELY** | $     137.09 |

| PRINCIPAL BALANCE | MONTHLY PMT | NEXT DUE DATE | PAST DUE AMT | LATE FEE | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| $ 42,684.39 | $ 213.17 | 10/15/09 | $ 137.09 | $ 9.86 | $ 360.12 |

| LAST PMT REC'D | LAST PMT AMT | TODAY'S DATE | OTHER CHARGES | CORRESPONDENCE ADDRESS: |
|---|---|---|---|---|
| 09/03/09 | $ 137.09 | 09/25/09 | $ 0.00 | P.O. BOX 9500 WILKES BARRE PA 18773-9500 |

### PAST DUE NOTICE

Our records show that your payment on the student loan(s) starred(*)
below is overdue.  Please send your check today.  **We may report
information about your account to credit bureaus.  Late payments, missed
payments, or other defaults on your account may be reflected in your
credit bureau report.**

If your payment is not received shortly, a late fee may be charged to
your account.  We may report your delinquency to all national credit
bureaus as early as 45 days past due which will damage your credit
rating.  We have also notified the cosigner or endorser of your loan(s)
(if any) that your payment is overdue.

If you have a loan under the Federal Family Education Loan Program you
may be charged collection costs permitted under the Higher Education
Act of 1965, as amended, and U.S. Department of Education regulations
(collectively referred to as the "Act") that we incur for collecting
installments not paid when due.  Collection costs may include, but are
not limited to, costs we incur for returned payments, services to assist
in locating you after we have completed activities required by the Act,
and collection agency services when your loan is seriously delinquent.
If you have a privately insured loan, you may be charged a fee for each
returned payment.

## Loan Information *If you have questions or concerns about your account, write to us at the address provided above.*

The list below includes all the loans in your account with us.  Loans marked with a star (*) are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| * 06/24/03 | $ 22,765.00 | $ 34,602.58 | 4.750 | SIG STUDNT |
| * 07/21/03 | 2,625.00 | 2,886.56 | 2.480 | FFELP |
| * 07/21/03 | 4,000.00 | 5,195.25 | 2.480 | FFELP |

---

PHONE (888) 272-5543     FAX (800) 848-1949     TDD/TTY (888) 833-7562     24 HRS/7 DAYS     www.salliemae.com

Para comunicarse en Español con 'Atención al Cliente',
llame gratis al 1-888-272-5543, y marque el numero correspondiente.

984919341115992092

D071    SYSTEM 0001

TINA M UBALDI
100 ALAMEDA DE LAS
PULGAS
BELMONT CA 94002-1560

Account Number: **9849193411-1**

Page 2                                                                                      09/25/09

**Are you experiencing difficulty in making your scheduled payments?
Assistance may be available.**  Call Customer Service toll-free
at (888) 272-5543 for details.

Customer Service

According to new guidelines issued by the National Automated Clearing
House Association (NACHA), financial service providers like Sallie Mae
may electronically process payments (checks) received from the
customers. When you provide a check as payment, you authorize Sallie Mae
either to use information from your check to make a one-time electronic
fund transfer from your account or to process the payment as a check
transaction. When Sallie Mae uses information from your check to make an
electronic fund transfer, funds may be withdrawn from your account as
soon as the same day we receive your payment, and you will not receive
your check back from your financial institution. In the event that
Sallie Mae is unable to process your electronic payment, it will be
processed as a check transaction. Your bank statement will reflect
Sallie Mae as the payee. You are welcome to contact us with any
questions. We appreciate the opportunity to serve you.

## Loan Information
The list below includes all the loans in your account with us.  Loans marked with a star (*) are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|-----------|----------------------|-----------------------|---------------|--------------|
|           | $                    | $                     |               |              |

# EXHIBIT 21

**SallieMae**
www.SallieMae.com
P.O. BOX 9500
WILKES BARRE PA 18773-9500

(888) 272-5543

TINA M UBALDI
100 ALAMEDA DE LAS
PULGAS
BELMONT CA 94002-1560

| | |
|---|---|
| **Invoice** | 10/25/09 |

MAKE CHECK PAYABLE TO: | SALLIE MAE

AND SEND TO
OUR PAYMENT ADDRESS: | PO BOX 9533
WILKES-BARRE PA 18773-9533

ACCOUNT NUMBER: | 9849193411-1

011065332535 98491934117 000007608

CURRENT PHONE IS: **(650) 328-3663**
Changed your address or phone number?
Please visit www.SallieMae.com to update your information.
*Please detach and return with payment.*

| | PAYMENT DUE DATE | PAST DUE AMOUNT |
|---|---|---|
| | **IMMEDIATELY** | $ 76.08 |

| PRINCIPAL BALANCE | MONTHLY PMT | NEXT DUE DATE | PAST DUE AMT | LATE FEE | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| $ 42,684.39 | $ 213.24 | 11/15/09 | $ 76.08 | $ 9.86 | 299.18 |

| LAST PMT REC'D | LAST PMT AMT | TODAY'S DATE | OTHER CHARGES | CORRESPONDENCE ADDRESS: |
|---|---|---|---|---|
| 10/08/09 | $ 274.18 | 10/25/09 | $ 0.00 | P.O. BOX 9500 WILKES BARRE PA 18773-9500 |

### PAST DUE NOTICE

Our records show that your payment on the student loan(s) starred(*) below is overdue. Please send your check today. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit bureau report.

If your payment is not received shortly, a late fee may be charged to your account. We may report your delinquency to all national credit bureaus as early as 45 days past due which will damage your credit rating. We have also notified the cosigner or endorser of your loan(s) (if any) that your payment is overdue.

If you have a loan under the Federal Family Education Loan Program you may be charged collection costs permitted under the Higher Education Act of 1965, as amended, and U.S. Department of Education regulations (collectively referred to as the "Act") that we incur for collecting installments not paid when due. Collection costs may include, but are not limited to, costs we incur for returned payments, services to assist in locating you after we have completed activities required by the Act, and collection agency services when your loan is seriously delinquent. If you have a privately insured loan, you may be charged a fee for each returned payment.

**Loan Information** *If you have questions or concerns about your account, write to us at the address provided above.*
The list below includes all the loans in your account with us. Loans marked with a star (*) are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| * 06/24/03 | $ 22,765.00 | $ 34,602.58 | 4.750 | SIG STUDNT |
| * 07/21/03 | 2,625.00 | 2,886.56 | 2.480 | FFELP |
| * 07/21/03 | 4,000.00 | 5,195.25 | 2.480 | FFELP |

PHONE (888) 272-5543    FAX (800) 848-1949    TDD/TTY (888) 833-7562    24 HRS/7 DAYS    www.salliemae.com

Para comunicarse en Español con 'Atención al Cliente',
llame gratis al 1-888-272-5543, y marque el numero correspondiente.

98491934115989099

D071    SYSTEM 0001

www.SallieMae.com

TINA M UBALDI
100 ALAMEDA DE LAS
PULGAS
BELMONT CA 94002-1560

Account Number: **9849193411-1**

Page 2                                                    10/25/09

**Are you experiencing difficulty in making your scheduled payments?**
**Assistance may be available.** Call Customer Service toll-free
at (888) 272-5543 for details.

Customer Service

According to new guidelines issued by the National Automated Clearing
House Association (NACHA), financial service providers like Sallie Mae
may electronically process payments (checks) received from the
customers. When you provide a check as payment, you authorize Sallie Mae
either to use information from your check to make a one-time electronic
fund transfer from your account or to process the payment as a check
transaction. When Sallie Mae uses information from your check to make an
electronic fund transfer, funds may be withdrawn from your account as
soon as the same day we receive your payment, and you will not receive
your check back from your financial institution. In the event that
Sallie Mae is unable to process your electronic payment, it will be
processed as a check transaction. Your bank statement will reflect
Sallie Mae as the payee. You are welcome to contact us with any
questions. We appreciate the opportunity to serve you.

## Loan Information

The list below includes all the loans in your account with us. Loans marked with a star (*) are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT $ | OUTSTANDING PRINCIPAL $ | INTEREST RATE | LOAN PROGRAM |
|-----------|------------------------|-------------------------|---------------|--------------|