STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
*jstrickland@stroock.com*
LISA M. SIMONETTI (State Bar No. 165996)
*lsimonetti@stroock.com*
DAVID W. MOON (State Bar No. 197711)
*dmoon@stroock.com*
JULIETA STEPANYAN (State Bar No. 280691)
*jstepanyan@stroock.com*
2029 Century Park East, 18th Floor
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
*lacalendar@stroock.com*

Attorneys for Defendants
  SLM CORPORATION, SALLIE MAE, INC.
  and SLM PC STUDENT LOAN TRUST 2004-A

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA M. UBALDI and CHANEE THURSTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SLM CORPORATION, a Delaware Corporation; SALLIE MAE, INC.; and SLM PC STUDENT LOAN TRUST 2004-A,<br><br>Defendants. | Case No. 3:11-cv-01320 EDL<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS SLM CORPORATION, SALLIE MAE, INC. AND SLM PC STUDENT LOAN TRUST 2004-A; [PROPOSED] ORDER** |

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS SLM CORPORATION, SALLIE MAE, INC. AND SLM PC STUDENT LOAN TRUST 2004-A; [PROPOSED] ORDER
Case No. 3:11-cv-01320 EDL

1 **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2 **PLEASE TAKE NOTICE** that Defendants SLM CORPORATION, SALLIE MAE,
3 INC. and SLM PC STUDENT LOAN TRUST 2004-A hereby substitute the law firm
4 COVINGTON & BURLING LLP in place of STROOCK & STROOCK & LAVAN LLP as
5 their counsel of record in this action.

6 Withdrawing counsel for Defendants SLM CORPORATION, SALLIE MAE, INC. and
7 SLM PC STUDENT LOAN TRUST 2004-A are:

8   Julia B. Strickland
    *jstrickland@stroock.com*
9   Lisa M. Simonetti
    *lsimonetti@stroock.com*
10  David W. Moon
    *dmoon@stroock.com*
11  Julieta Stepanyan
    *jstepanyan@stroock.com*
12  STROOCK & STROOCK & LAVAN LLP
    2029 Century Park East, 18th Floor
13  Los Angeles, California 90067-3086
    Telephone: 310-556-5800
14  Facsimile: 310-556-5959

15 All future pleadings, orders, notices and communications should be served upon the
16 following substituted counsel for Defendants SLM CORPORATION, SALLIE MAE, INC. and
17 SLM PC STUDENT LOAN TRUST 2004-A:

18  Sonya D. Winner
    *swinner@cov.com*
19  David M. Jolley
    *djolley@cov.com*
20  COVINGTON & BURLING LLP
    One Front Street
21  San Francisco, CA 94111
    Telephone: 415.591.6000
22  Facsimile: 415.591.6091

23  Emily Johnson Henn
    *ehenn@cov.com*
24  COVINGTON & BURLING LLP
    333 Twin Dolphin Drive, Suite 700
25  Redwood Shores, CA 94065
    Telephone: 650.632.4700
26  Facsimile: 650.632.4800

27

28

| NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS SLM CORPORATION, SALLIE MAE, INC. AND SLM PC STUDENT LOAN TRUST 2004-A; [PROPOSED] ORDER<br>Case No. 3:11-cv-01320 EDL | 2 | |
|---|---|---|

1  SLM CORPORATION, SALLIE MAE, INC. and SLM PC STUDENT LOAN TRUST 2004-A; Stroock & Stroock & Lavan LLP; and Covington & Burling LLP each consents to this substitution. SLM CORPORATION, SALLIE MAE, INC. and SLM PC STUDENT LOAN TRUST 2004-A each consents to Stroock & Stroock & Lavan LLP's withdrawal as their counsel in this action.

Dated: April 15, 2014         STROOCK & STROOCK & LAVAN LLP

                              By: ___/s/ Lisa M. Simonetti___

Dated: April 15, 2014         COVINGTON & BURLING LLP

                              By: ___/s/ Sonya D. Winner___

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.

**ORDER**

The above withdrawal and substitution of counsel is approved.

IT IS SO ORDERED.

Dated: April 16, 2014

_Elizabeth D. Laporte_
Hon. Elizabeth D. Laporte
United States Chief Magistrate Judge

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS SLM CORPORATION, SALLIE MAE, INC. AND SLM PC STUDENT LOAN TRUST 2004-A; [PROPOSED] ORDER
Case No. 3:11-cv-01320 EDL

3