FILED
APR 22 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TINA M. UBALDI and CHANEE THURSTON, on behalf of themselves and all others similarly situated,<br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>SLM CORPORATION; a Delaware Corporation; SALLIE MAE, INC.; and SLM PC STUDENT LOAN TRUST 2004-A<br>　　　　　　　　Defendants. | Case No. C-11-01320-EDL<br><br>**CLASS ACTION**<br><br>[PROPOSED] ORDER SETTING CASE MANAGEMENT CONFERENCE AS MODIFIED |

1  The Court having fully considered the Parties' Joint Stipulation Requesting a Case Management Conference, and for good cause thereon orders as follows:

(1) The Court sets a case management conference for May ~~6~~ 7, 2014 at ~~10:00~~ 10:30 a.m.

(2) The Parties are to file a joint case management conference statement no later than April 29, 2014.

SO ORDERED.

Dated: __April 22__, 2014

_____
United States Magistrate Judge
Elizabeth D. Laporte