Janet Lindner Spielberg (SBN 221926)
**LAW OFFICES OF JANET
  LINDNER SPIELBERG**
12400 Wilshire Boulevard, # 400
Los Angeles, California 90025
Telephone: (310) 392-8801
Email: jlspielberg@jlslp.com

Michael D. Braun (SBN 167416)
**BRAUN LAW GROUP, P.C.**
10680 West Pico Boulevard, Suite 280
Los Angeles, California 90064
Telephone: (310) 836-6000
Email: service@braunlawgroup.com

Joseph N. Kravec, Jr. (*pro hac vice*)
Stephen M. Pincus (*pro hac vice*)
Wyatt A. Lison (*pro hac vice*)
**FEINSTEIN DOYLE PAYNE
  & KRAVEC, LLC**
429 Forbes Avenue
Allegheny Building, 17th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 281-8400
Email: jkravec@fdpklaw.com
spincus@fdpklaw.com
wlison@fdpklaw.com

William J. Genego (SBN 103224)
**LAW OFFICE OF WILLIAM GENEGO**
2115 Main Street
Santa Monica, California 90405
Telephone: (310) 399-3259
Email: bill@genegolaw.com

*Attorneys for Plaintiffs Tina M. Ubaldi, Chanee Thurston, Dana L. Barone and Sara Bachman-Williams*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TINA M. UBALDI and CHANEE THURSTON, DANA L. BARONE and SARA BACHMAN-WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>                                    Plaintiffs,<br><br>            vs.<br><br>SLM CORPORATION, a Delaware Corporation; SALLIE MAE, INC.; and SLM PC STUDENT LOAN TRUST 2004-A,<br><br>                                    Defendants. | Case No. 3:11-cv-01320-EDL<br><br>**CLASS ACTION**<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY STEPHEN M. PINCUS; [~~PROPOSED~~] ORDER** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Tina M. Ubaldi, Chanee Thurston, Dana L. Barone and Sara Bachman-Williams, hereby withdraw the appearance of Stephen M. Pincus as their counsel.

Plaintiffs will continue to be represented by Joseph N. Kravec, Jr., Wyatt A. Lison, William J. Genego, Michael D. Braun and Janet Lindner Spielberg in this action.

Dated:  December 18, 2014

**FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**

By:  s/Stephen M. Pincus
     Stephen M. Pincus (*pro hac vice*)

Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA  15219
Telephone:  (412) 281-8400
Facsimile:  (412) 281-1007

**ORDER**

The above withdrawal of counsel is approved.

DATED:  December 18, 2014

_____
The Honorable Elizabeth D. Laporte
United States Magistrate Judge

Notice of Withdrawal of Attorney Stephen M. Pincus; Case No. 3:11-cv-01320 EDL