Andrew Friedman, admitted *pro hac vice*
    Email: afriedman@cohenmilstein.com
Douglas McNamara, admitted *pro hac vice*
    Email: dmcnamara@cohenmilstein.com
Sally M. Handmaker (SBN 281186)
    Email: shandmaker@cohenmilstein.com
COHEN MILSTEIN SELLERS
& TOLL, PLLC
1100 New York Ave., Suite 500
Washington, D.C. 20005
Telephone: 202-408-4600

Janet Lindner Spielberg (SBN 221926)
    Email: jlspielberg@jlslp.com
LAW OFFICES OF JANET
LINDNER SPIELBERG
12400 Wilshire Boulevard, # 400
Los Angeles, California 90025
Telephone: 310-392-8801

Michael D. Braun (SBN 167416)
    Email: service@braunlawgroup.com
BRAUN LAW GROUP, P.C.
10680 West Pico Boulevard, Suite 280
Los Angeles, California 90064
Telephone: 310-836-6000

William J. Genego (SBN103224)
    Email: bill@genegolaw.com
LAW OFFICE OF WILLIAM
GENEGO
2115 Main Street
Santa Monica, California 90405
Telephone:  310-399-3259

Attorneys for Plaintiffs Tina Ubaldi,
Chanee Thurston, Dana L. Barone
and Sara Bachman-Williams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TINA M. UBALDI, et al.,<br><br>                Plaintiffs,<br><br>                vs.<br><br>NAVIENT SOLUTIONS, INC.;<br>NAVIENT CORPORATION; and<br>SLM PC STUDENT LOAN TRUST<br>2004-A,<br><br>                Defendants. | **Case No. 3-11-cv-01320-EDL**<br><br><u>CLASS ACTION</u><br><br>JOINT CASE MANAGEMENT<br>CONFERENCE STATEMENT |

1   The parties submit this joint case management conference statement pursuant
2   to the Court's Order of October 2, 2015 setting a further case management conference
3   for October 20, 2015. Dkt. No. 265.
4   1.   On December 19, 2014 the Court issued an Order Granting in Part and
5   Denying in Part Plaintiffs' Motion for Class Certification. Dkt. No. 242.  Plaintiffs
6   subsequently moved this Court for leave to file an amended complaint which was
7   denied on March 24, 2015.  Dkt No. 257.  With the complaint settled and certification
8   motion resolved, Plaintiffs sought to identify class members in order to provide class
9   notice. However, because several of the class criteria can only be discerned from the
10  loan applications and corresponding promissory notes, this required Plaintiffs to serve
11  discovery requests for the application pages of potential class members, as well as
12  exemplars of the promissory notes.
13  2.   The process of identifying and producing these documents posed a
14  number of challenges for Plaintiffs and Defendants.  The parties engaged in a series of
15  telephonic conferences to address those challenges, which became weekly conferences
16  over the summer months.  Those efforts were successful in resolving all production
17  issues except for one, which is set forth in a Joint Motion for Protective Order
18  Governing Production in Response to Plaintiffs' Request for Production No. 121 that is
19  being filed with this Statement.
20  3.   Early in the process of working through the above challenges, the parties
21  discussed and exchanged proposed schedules for the remaining events in the case,
22  including trial.  It became clear, however, that the subsequent events required
23  completing the process of identifying class members and providing notice.  Given the
24  uncertainty as to the time and effort required to accomplish those tasks, the parties
25  deferred proposing a schedule to the Court.  While Plaintiffs have made considerable
26  progress in getting to the point of being able to identify and provide notice to potential
27  class members, and will continue to work diligently in doing so, there is still
28  uncertainty as to when that process will be completed.  In order to insure the case

proceeds efficiently notwithstanding that uncertainty, the parties propose below a schedule for the remainder of the case.

| Event | Plaintiffs' Proposal | Defendants' Proposal |
|---|---|---|
| Plaintiffs to complete review of applications and serve on defendants a list of "class" loans with a formal request for information on borrowers of those loans needed for class notice purposes | 45 days after production of applications[1] | |
| Defendants to provide borrower information to plaintiffs | 45 days after service of plaintiffs' request[2] | |
| Plaintiffs to serve proposed class list and proposed Class Notice Plan on defendants | 30 days after receipt of borrower information | |
| Defendants to provide comments on proposed class list and Class Notice Plan to plaintiffs | 14 days after service of plaintiffs' proposed class list and Class Notice Plan | |
| Deadline for plaintiffs to file Motion for Approval of Class Notice Plan | 30 days after service of plaintiffs' proposed class list and Class Notice Plan | |
| Deadline for defendants to respond to Motion for Approval of Class Notice Plan and/or object to proposed class list | 14 days after filing of plaintiffs' Motion for Approval of Class Notice Plan | |
| Deadline for plaintiffs to file reply in support of Motion for Approval of Class Notice Plan | 7 days after filing of defendants' response | |
| Hearing on Motion for Approval of Class Notice Plan (if needed) | 14 days after filing of plaintiffs' reply | |

---

[1] Plaintiffs believe the process can be completed in 45 days and will attempt to complete it sooner, but cannot of course rule out the possibility that there may be unforeseen difficulties or complications that might require a request for additional time, which they would make only reluctantly and if absolutely necessary.

[2] Defendants will produce the information more quickly if possible, but cannot commit to an earlier deadline without knowing the specific information that will be requested or the number of loans for which it will be sought.  Defendants similarly cannot anticipate whether they will have objections to the information request that plaintiffs will serve, but they will make a good-faith effort to resolve any such objections with plaintiffs.

| Event | Plaintiffs' Proposal | Defendants' Proposal |
|---|---|---|
| Class Notice to be disseminated | As specified in Court's order approving Class Notice Plan | |
| Formal schedule (assigning specific deadlines by date) to be submitted | 10 days after Court's order approving Class Notice Plan | |
| Class Notice opt out period | 90 days after projected completion of class notice, as set forth in approved Class Notice Plan | |
| Fact Discovery cut-off | 60 after Court's order approving Class Notice Plan | 30 days after Court's order approving Class Notice Plan |
| Last day to file motions to compel | 30 days following fact discovery cut-off | |
| Plaintiffs' Expert Reports | 75 days after fact discovery cutoff | |
| Defendants' Expert Reports | 45 days following service of plaintiffs' expert reports | |
| Plaintiffs' Rebuttal Reports | 45 days following service of defendants' expert reports | 30 days following service of defendants' expert reports |
| Last day to complete expert discovery | 20 days following service of plaintiffs' rebuttal reports | |
| Last day to file dispositive motion | 10 days following deadline to complete expert discovery or 30 days following completion of the opt-out period, whichever is later | |
| Pre-trial conference date | To be determined after the notice and opt-out schedule are firmly set | |
| Trial date | To be determined after the notice and opt-out schedule are firmly set | |

Dated: October 13, 2015         By: /s/ *William J. Genego*
                                        William J. Genego
                                     Attorneys for Plaintiffs

1 | Dated: October 13, 2015            COVINGTON & BURLING LLP
2
3                                     By: /s/ *Ashley S. Simonsen*
4                                         Ashley Simonsen
                                          Attorneys for Defendants
5
6 Civil L.R. 5-1(i)(3) Certification: I hereby attest that concurrence in the filing of this
7 document has been obtained from each of the other Signatories listed.
8                                              */s/ William J. Genego*
9                                              William J. Genego
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28