1  Andrew Friedman, admitted *pro hac vice*
       Email: afriedman@cohenmilstein.com
2  Douglas McNamara, admitted *pro hac vice*
       Email: dmcnamara@cohenmilstein.com
3  Sally M. Handmaker (SBN 281186)
       Email: shandmaker@cohenmilstein.com
4  COHEN MILSTEIN SELLERS
   & TOLL, PLLC
5  1100 New York Ave., Suite 500
   Washington, D.C. 20005
6  Telephone: 202-408-4600

7

8  Michael D. Braun (SBN 167416)
       Email: service@braunlawgroup.com
9  BRAUN LAW GROUP, P.C.
   10680 West Pico Boulevard, Suite 280
10 Los Angeles, California 90064
   Telephone: 310-836-6000
11

12 Attorneys for Plaintiffs
   (Additional Counsel Listed on Next Page)

Sonya D. Winner (SBN 200348)
Ashley Simonsen (SBN 275203)
Rani Gupta (SBN 296346)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111-5356
Telephone:   (415) 591-6000
E-mail:  SWinner@cov.com
E-mail:  ASimonsen@cov.com
E-mail:  RGupta@cov.com

Emily Johnson Henn (SBN 269482)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone:   (650) 632-4700
E-mail:  EHenn@cov.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TINA M. UBALDI, et al.,<br>        Plaintiffs,<br><br>vs.<br><br>NAVIENT SOLUTIONS, INC.;<br>NAVIENT CORPORATION; and SLM<br>PC STUDENT LOAN TRUST 2004-A,<br><br>        Defendants. | **Case No. 3-11-cv-01320-EDL**<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS' ACCESS TO THE WILKES-BARRE "CLEAN ROOM" TO CONDUCT REVIEW OF DOCUMENTS PRODUCED IN RESPONSE TO PLAINTIFFS' REQUEST FOR PRODUCTION NO. 121 |

**Additional Counsel of Record**

Janet Lindner Spielberg (SBN 221926)
    Email: jlspielberg@jlslp.com
LAW OFFICES OF JANET LINDNER SPIELBERG
12400 Wilshire Boulevard, # 400
Los Angeles, California 90025
Telephone: 310-392-8801

William J. Genego (SBN103224)
    Email: bill@genegolaw.com
LAW OFFICE OF WILLIAM GENEGO
2115 Main Street
Santa Monica, California 90405
Telephone:  310-399-3259

1   On February 18, 2016, the Court entered a "Protective Order Governing
2 Production In Response to Plaintiffs' Request For Production No. 121," ("Protective
3 Order for RFP 121"), (ECF 282), pursuant to the parties' "Joint Report and Second
4 Motion For Protective Order Governing Production In Response to Plaintiffs' Request
5 For Production No. 121," (ECF 280).
6   The Order was effective upon being entered, and provided that within three
7 weeks (March 10), Defendant Navient Solutions, Inc. ("NSI") was to provide Plaintiffs'
8 counsel and/or their designated vendor with access to a "clean room" at NSI's facility
9 in Wilkes- Barre, Pennsylvania, and that Plaintiffs' counsel would have three weeks
10 (until March 31, 2016) to complete the review process specified by the Order. ECF 282
11 at 4, ¶ 6. The Order also provided that "[u]pon a showing of good cause, plaintiffs'
12 counsel may obtain an extension of time to conduct their review." *Id.*
13   Plaintiffs' counsel vendor, EDAC Systems, Inc., arrived at the clean room on
14 Monday, March 14, 2016 to commence the review process. The review process has
15 taken longer than plaintiffs anticipated, and Plaintiffs' counsel and their vendor were
16 not able to complete the review specified by the Protective Order for RFP 121 by
17 March 31, 2016. The parties have stipulated to, and the Court has previously extended
18 plaintiffs' access to the clean room, first to April 14, 2016 (ECF 284), a second time to
19 April 19, 2016 (ECF 288), and a third time for two additional days in May (ECF 290).
20   Plaintiffs' counsel have requested an additional week (five days) of access to the
21 clean room, commencing on or during the week of May 23, 2016. NSI agrees to that
22 request.
23   Plaintiffs' counsel have also requested that they be allowed to bring a monitor
24 into the clean room during this further review process. NSI agrees to that request.
25   Accordingly, in light of the above, the parties stipulate and agree, and request
26 the Court to order that Plaintiffs' counsel and their designated vendor shall have access
27 to the clean room for an additional five days, commencing on or during the week of
28 May 23, 2016, and that they be allowed to bring a monitor into the clean room for

1  purposes of conducting the further review. Plaintiffs' counsel shall inform NSI of the
2  day they will seek to commence the further review at the clean room during the week
3  of May 23, 2016 by no later than 1:00 p.m. Eastern Time, Friday, May 20, 2016.

Dated: May 19, 2016            LAW OFFICE OF WILLIAM GENEGO

                               By: /s/ *William J. Genego*
                                   William J. Genego
                                   Attorneys for Plaintiffs

Dated: May 19, 2016            COVINGTON & BURLING LLP

                               By: /s/ *Ashley Simonsen*
                                   Ashley Simonsen
                                   Attorneys for Defendants

Civil L.R. 5-1(i)(3) Certification:  I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories listed.

/s/ *William J. Genego*
WILLIAM J. GENEGO

**IT IS SO ORDERED.**

DATED:   May 20, 2016         _____
                              Elizabeth D. Laporte,
                              United States Magistrate Judge